IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAMES DAVID GILBERT § § § | |
| v. § § § | Civil Action No. B04-CV-047 |
| | (Jury Requested) |
| RIG VENTURES, INC.; EMILIO SANCHEZ; § PHIL WELLS; RICHARD JAROSS; AND § MODU "OCEAN 66" § | |

### PLAINTIFF'S REQUEST FOR JURY TRIAL

NOW COMES INTO COURT, Plaintiff, by and through the undersigned counsel, and hereby requests a jury trial.

Wherefore, premises considered, Plaintiff requests a trial by jury and for such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, TX 78520
(956) 541-4982
(956) 544-3152 (FAX)

_____
Frank Costilla
State Bar No. 04856500
Federal ID. No. 1509

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that the above and foregoing document has been delivered to the person and by the manner indicated below this **18th** day of March, 2004.

*__Via fax and CM/RRR 7003 1010 0003 6965 3237__*
Luis R. Hernandez
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521

*__Via fax and regular mail__*
Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, TX 78730

                                                                  Frank Costilla

Plaintiff's Demand for Jury Trial
*Gilbert vs. Rig Ventures, Inc. et al.*
Page 2