UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

United States District Court
Southern District of Texas
FILED
MAR 29 2004
Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B04-CV-047 |
|---|---|---|---|

| James David Gilbert |
|---|
| *versus* |
| Rig Ventures, Inc., Emilio Sanchez, Phil Wells, Richard Jaross and MODU Ocean 66 |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Scott D. Webre |
| Firm | Law Office of Scott Webre |
| Street | 556 Jefferson Street, Ste. 200 |
| City & Zip Code | Lafayette, LA 70501 |
| Telephone | (337) 593-4178 |
| Licensed: State & Number | LA, 27322; TX, 21050070 |
| Admitted U.S. District Court for: | Western District of Texas, Western District of Louisiana |

Seeks to appear as the attorney for this party:

| James David Gilbert |
|---|
| Dated: 3/25/04   Signed: /s/ Scott Webre |

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98