United States District Court
Southern District of Texas
FILED

MAR 3 1 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. B-04–047** |
| | § | **(Jury Requested)** |
| RIG VENTURES, INC., ; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; and | § | |
| MODU "OCEAN 66" | § | |

<u>**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**</u>

In accordance with item two of this Honorable Court's order, Plaintiff certifies that he is

unaware at this time of any persons, associations of persons, firms, partnerships, corporations,

affiliates, parent corporations, or other entities that are financially interested in the outcome of the

above-styled and numbered litigation other than Plaintiff James David Gilbert, Plaintiff's counsel,

Defendants Rig Ventures, Inc., Emilio Sanchez, Phil Wells, Richard Jaross, and Modu "Ocean 66,"

and Defendants' counsel.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:    (956) 541-4982
Facsimile:    (956) 544-3152

**Frank Costilla**
State Bar No. 04856500
Federal ID No. 1509

**Alejandro J. Garcia**
State Bar No. 24004663
Federal ID No. 30411

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the _31_ day of March, 2004, a true and correct copy of the above and foregoing

document was sent to all counsel of record, as indicated below:

Mr. Luis Hernandez                          Via **Facsimile (956) 982-0943**
FLEMING & HERNANDEZ                   and **Regular Mail**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521


_____
Alejandro J. Garcia


**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**                    **Page 2**