IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; and | § | |
| MODU "OCEAN 66" | § | |
| Defendants. | § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Rig Ventures, Inc., Emilio Sanchez, Phil Wells, Richard Jaross and MODU "Ocean 66" file this their Certificate of Financially Interested Parties:

1. Rig Ventures, Inc., Emilio Sanchez, Phil Wells, Richard Jaross and MODU "Ocean 66" certify the following as interested parties:

    a. Rig Ventures, Inc.;

    b. Emilio Sanchez;

    c. Phil Wells;

    d. Richard Jaross;

    e. MODU "Ocean 66"; and

    f. James David Gilbert, Plaintiff.

DATED: March  3/ , 2004.

        Respectfully submitted,

        **FLEMING & HERNANDEZ, P.C.**
        1650 Paredes Line Road, Suite 102
        Brownsville, Texas 78521
        Telephone: (956) 982-4404
        Telecopier: (956) 982-0943

        By: _/s/ Tom Fleming_
        **Tom Fleming**
        State Bar of Texas No. 07133000
        Federal I.D. No. 1188

        **Luis R. Hernandez**
        State Bar of Texas No. 09518900
        Federal I.D. No. 12978

        **ATTORNEYS FOR DEFENDANTS,**
        **RIG VENTURES, INC., EMILIO SANCHEZ, PHIL WELLS,**
        **RICHARD JAROSS and MODU "OCEAN 66".**

## CERTIFICATE OF SERVICE

I, Luis R. Hernandez, hereby certify that a true and correct copy of the foregoing **CERTIFICATE OF FINANCIALLY INTERESTED PARTIES** was forwarded on March _31_, 2004 by Certified United States Mail, Return Receipt Requested upon the following:

**COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Scott D. Webre
ATTORNEY AT LAW
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(Certified United States Mail, R.R.R., #7002 2030 0007 1000 3065)

**CO-COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(Certified United States Mail, R.R.R., #7002 2030 0007 1000 3126)

**CO-COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Alejandro J. Garcia
THE LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
(Certified United States Mail, R.R.R., #7002 2030 0007 1000 3133)

_____
Luis R. Hernandez

CERTIFICATE OF FINANCIALLY INTERESTED PARTIES
LRH/alt #021110 L:\WARNKE\CLIENT\RIG\Gilbert,JamesDavid\USDC\Cert-FinanciallyRelatedPty.wpd
Page 3 of 3