IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| | § | |
| | § | |
| v. | § | C.A. No. B04-CV-047 |
| | § | |
| | § | JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; AND | § | |
| MODU "OCEAN 66" | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned lawyer, Ryan Krebs, hereby moves for leave of court to appear

as attorney in charge for Plaintiffs. Ryan Krebs is admitted to the State Bar of Texas and

to the United States District Court for the Western District of Texas, and seeks to appear

Pro Hac Vice, as attorney in charge for Plaintiffs in this case.

> Ryan Krebs
> Ryan Krebs, M.D., J.D.
> 6601 Vaught Ranch Road, Suite 100
> Austin, TX 78730
> (512) 478-2072
>
> Licensed: Texas Bar No. 00792088
> Admitted to the United States District Court for the Western District of Texas

WHEREFORE, said attorneys seek to be admitted to practice Pro Hac Vice in the

above-referenced case since he has been retained as co-counsel for Plaintiff.

Respectfully submitted,

RYAN KREBS, M.D., J.D.
State Bar No. 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was served on all parties, as indicated below, on this __31 ˢᵗ__ day of March, 2004:

Luis R. Hernandez                    **Via Fax: (956) 982-0943**
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521