COPY 10

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | B-04-CV-047 |
|---|---|---|---|
| | James David Gilbert | | |
| | *versus* | | |
| | Rig Ventures, Inc., Emilio Sanchez, Phil Wells, Richard Jaross, and MODU Ocean 66 | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Ryan Krebs |
| Firm | Ryan Krebs, M.D.J.D. |
| Street | 6601 Vaught Ranch Road, Suite 100 |
| City & Zip Code | Austin, Texas 78730 |
| Telephone | (512) 478-2072 |
| Licensed: State & Number | 00792088 |
| Admitted US District Court for: | Western District of Texas |
| | |

Seeks to appear as the attorney for this party:

| James David Gilbert | |
|---|---|
| Dated: 3/31/04 | Signed: *Ryan Krebs* |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on __4-12__, 200__4__                    _____
                                                United States District Judge

SDTX AA-6 (8/98)