UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | * | |
| | * | |
| | * | |
| | * | CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * | |
| | * | |
| | * | JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | * | |
| PHIL WELLS; RICHARD JAROSS; AND | * | |
| MODU "OCEAN 66" | * | |

## JOINT CASE MANAGEMENT PLAN AND RULE 26(F) REPORT

Pursuant to Federal Rules of Civil Procedure, Rule 26(f) and per Order Setting Conference of this Court dated March 9, 2004, the Parties hereto submit the following Case Management Plan and Rule 26(f) Report:

1. The Parties shall exchange initial disclosures per FRCP 26(a) no later than May 21, 2004.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by June 15, 2004.

4. All parties asserting claims for relief shall serve FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by August 2, 2004. Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by August 16, 2004. All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not

already served, shall be SERVED, within 15 days of receipt of the report of the opposing experts.

5.    An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 11 days of receipt of the written report of the expert's proposed testimony, or within 11 days of the expert's deposition, if a deposition is taken, whichever is later.

6.    The parties shall complete all discovery on or before August 31, 2004. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting shall be vacated because of information obtained in post-deadline discovery.

7.    All dispositive motions shall be filed no later than September 21, 2004. Dispositive motions filed pursuant to Fed. R. Civ. P. 56, and responses to such motions, shall be limited to (20) pages in length.

8.    Plaintiff shall submit a written offer of settlement to defendants no later than May 14, 2004 and the Defendants shall respond, in writing, by May 28, 2004. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are amenable to mediation should private negotiations fail to resolve the disputes herein.

9.    Jurisdiction is based on the Longshore Harbor and Worker's Compensation Act, 33 USC 901 et seq., the General Maritime Law and 28 USC §§ 1331 and 1333.

10.    Brief Description of Claims:

The plaintiff alleges that he was injured on or about December 30, 2001 aboard Mobile Offshore Drilling Unit OCEAN 66 ("MODU OCEAN 66") by the negligence of co-

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 2

worker/defendant Phil Wells. Plaintiff alleges he and Phil Wells were employed by Rig

Ventures, Inc., and has asserted state law negligence claims, General Maritime claims, and has

elected to pursue compensation for all compensable damages pursuant to 33 USC 905(a) for

reason that Rig Ventures, Inc. has failed to secure compensation under the LHWCA. Plaintiff

alleges further that Defendant Richard Jaross is the agent and joint venturer/enterpriser of Rig

Ventures, Inc. and Emilio Sanchez. Plaintiff also alleges a vessel negligence action pursuant to

33 USC 905(b).

Brief Statement of Responses:

Defendants deny all issues of liability and damages. Defendants assert Plaintiff has failed

to exhaust his administrative remedies under the LHWCA, and is thus precluded from asserting

his claims for negligence under state law, the General Maritime law, 33 USC §§ 905(a), (b), and

all other claims. Defendant asserts assumption of the risk, comparative fault, and third party

fault.

10.    Consent trials:    The parties do not at this time grant their consent for the

United States Magistrate Judge to exercise jurisdiction over this case. However, the parties may

consent to same, and will advise the court of their final decision in this regard as soon as

possible.

11.    Stipulations: The parties stipulate that plaintiff was injured aboard MODU

OCEAN 66 on or about December 30, 2001. The parties are unable to stipulate further at this

time.

12.    List of witnesses that may be called at the trial of this matter:

a.    James David Gilbert
       2207 East Riviera Park
       Cedar Park, TX 78613
       (512) 918-9081

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 3

Plaintiff. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures.

b.    Emilio Sanchez
      145 Calle Saccrancha
      Brownsville, TX 78520
      (956) 544-7125;

Defendant. This witness will testify as to liability, damages, corporate issues, agency issues, employment issues, and all matters pertaining to ownership and operation of "MODU OCEAN 66."

c.    Corporate Representative
      Rig Ventures, Inc.
      6665 East 14th Street
      Brownsville, TX 78521;

Defendant. This witness will likely be Emilio Sanchez and will testify as to liability, damages, corporate issues, agency issues, employment issues, and all matters pertaining to ownership and operation of "MODU OCEAN 66."

d.    Phil Wells
      8875 North Highway 87
      San Angelo, TX 76901
      (325) 895-1875;

Defendant. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures.

e.    Dennis Massey
      22050 North Sam Houston
      San Benito, TX 78586
      (956) 245-6805;

Co-worker and witness to the incident. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures.

f.    Frank Ruiz, Jr.
      Tarp & Park
      226 Basin Street, Lot 11
      Port Isabel, TX 78578
      (956) 551-4581
      (956) 943.7955 (w);

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 4

Co-worker and witness to the incident. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures.

g.      Frank Ruiz, Sr.
        Bass Street
        Port Isabel, TX
        (956) 943-3208;

Co-worker and supervisor aboard MODU OCEAN 66. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures.

h.      Richard Jaross
        74 Lakeshore Drive
        Brownsville, TX 78521
        (956) 831-8300
        (910) 542-5853
        (910) 254-0200;

Defendant. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment, agency, and joint enterprise issues vis-à-vis Rig Ventures.

i.      J.D. McCallum
        2529 S. Pearland Avenue
        Pearland, TX 77581
        (281) 412-9190

Consultant to Rig Ventures, Inc. and Richard Jaross. This witness will testify regarding liability, damages, operations aboard MODU OCEAN 66, and employment, agency, and joint enterprise issues vis-à-vis Rig Ventures. This person may also testify as an expert witness regarding Marine liability issues, including fall protection and crane condition and operation.

j.      Jim Weber
        Box 4325
        Port Isabel, TX 78578
        (956) 943-7205;

Co-worker. This witness will testify regarding liability, operations aboard MODU OCEAN 66, and employment issues vis-à-vis Rig Ventures, Inc.

k.      Eugene Phelps
        645 Elmer Moses Rd
        DeRidder, LA 70634

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 5

(phone unknown);

Consultant and laborer aboard OCEAN 66. This witness will testify regarding liability, and damages, and may also testify as a marine liability expert, specifically in the area of crane operation and crane condition.

l.      Robert Rutherford
        116 Rutherford Rd
        DeRidder, LA  70634
        (phone unknown);

Consultant and laborer aboard OCEAN 66. This witness will testify regarding liability, and damages, and may also testify as a marine liability expert, specifically in the area of crane operation and crane condition.

m.      The following persons and entities are plaintiff's healthcare providers, one or
        more of whom will provide testimony regarding causation and damages.  Each
        such entity is also the source of medical records and medical bills pertaining to
        plaintiff, and such medical records will be introduced into evidence at trial of this
        case.

        Physicians, Employees, and/or
        Custodian of Records
        Southwest Helicopters/dba Medivac 1
        4907 E. 29th Street
        Tucson, AZ  85711-6445
        (520) 670-9090;

        Physicians, Employees, and/or
        Custodian of Records
        Lake Charles Memorial Hospital
        1701 Oak Park Blvd.
        Lake Charles, LA  70601
        (337) 494-3265;

        Physicians, Employees, and/or
        Custodian of Records
        Radiology Assoc of SW LA
        P. O. Box 3749
        Lake Charles, LA  70602
        (337) 439-4706;

        Physicians, Employees, and/or
        Custodian of Records

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 6

Lake Charles Anesthesiology
751 Bayou Pines East
Lake Charles, LA  70601
(337) 436-8700;

John W. Noble, M.D. and/or
Custodian of Records
Center for Orthopaedics
1717 Oak Park Blvd., 3rd Floor
Lake Charles, LA  70601
(337) 494-4900;

Physicians, Employees, and/or
Custodian of Records
Acadian Ambulance & Air Med Services
P. O. Box 92970
Lafayette, LA  70509-2970
(800) 259-2222;

Physicians, Employees, and/or
Custodian of Records
The Methodist Hospital
6565 Fannin
Houston, TX  77030
(713) 790-3311;

Physicians, Employees, and/or
Custodian of Records
RMI
2992 Richmond
Houston, TX  77098
(713) 526-5771;

Richard L. Harris, M.D. and/or
Custodian of Records
6560 Fannin, Suite 2204
Houston, TX  77030
(713) 793-7550;

Michael Klebuc, M.D.
Saleh M. Shenaq, M.D.
Baylor Medcare
P. O. Box 297407
Houston, TX  77297-0407
(713) 798-6141;

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 7

Ronald Lindsey, M.D. and/or
Custodian of Records
6560 Fannin, Suite 1900
Houston, TX 77030
(713) 986-5680;

Suzanne Berry, M.D. and/or
Custodian of Records
Greater Houston Anesthesiology
P. O. Box 200535
Houston, TX 77216-0535
(713) 458-4302;

Wayne Dodd, P.T. and/or
Custodian of Records
Isla Physical Therapy
1160 Paredes Line Road
Brownsville, TX 78521
(956) 546-7777
(956) 546-8899 (fax);

Physicians, Employees and/or
Custodian of Records
Seton Northwest Hospital
11111 Research
Austin, TX 78759
(512) 324-6000;

Physicians, Employees and/or
Custodian of Records
Third Coast Emergency Physicians
7100 South Highway 287
Arlington, TX 76001
(800) 677-5112;

Physicians, Employees and/or
Custodian of Records
Austin Radiological Assoc.
P. O. Box 4099
Austin, TX 78765
(512) 795-5100;

Physicians, Employees and/or
Custodian of Records
Brackenridge Hospital
601 E. 15th Street

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 8

Austin, TX  78701
(512) 324-1000;

Bob Kunkel, P.T. and/or
Custodian of Records
Seton Northwest Sports Medicine Center
11111 Research Blvd., Suite 190
Austin, TX  78759
(512) 324-6070;

Richard A. Lutz, D.O. and/or
Randall L. Lais, M.D. and/or
Custodian of Records
Texas Orthopedics, Sports and Rehabilitation Associates
4700 Seton Center Parkway, Suite 200
Austin, TX  78759
(512) 439-1000;

John Calder, M.D. and/or
Custodian of Records
Scott & White Clinic
900 Quest Parkway
Cedar Park, TX  78613
(512) 260-6100;

Jeffrey DeLoach, D.O. and/or
Custodian of Records
Orthopaedic Associates of Central Texas, P.A.
511 Oakwood Blvd., Suite 200
Round Rock, TX  78681
(512) 244-0766;

Timothy M. McGee, M.D. and/or
Custodian of Records
Central Texas Plastic Surgery, P.A.
7200 Wyoming Springs Road, Suite 300
Round Rock, TX  78681
(512) 244-3755;

Mark D. Bogar, M.D. and/or
Custodian of Records
Physical Medicine & Rehabilitation
1015 E. 32nd Street, Suite 411
Austin, TX  78705
(512) 478-3556;

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 9

n.    The following entities are pharmacies that have provided medicine and related items to plaintiff in connection with the treatment of his injuries, and have generated records and bills that will be introduced into evidence at trial;

Pharmacists, Employees, and/or
Custodian of Records
Wal Mart Pharmacy
Highway 100 & 48th
Port Isabel, TX  78578
(956) 943-1387;

Pharmacists, Employees, and/or
Custodian of Records
Walgreens Pharmacy
710 N. Bell Blvd.
Cedar Park, TX  78613
(512) 250-0861;

Pharmacists, Employees, and/or
Custodian of Records
HEB Pharmacy
13776 Highway 183 North, Suite 100
Austin, TX  78750
(512) 335-8821;

Pharmacists, Employees, and/or
Custodian of Records
Albertsons Pharmacy
850 N. Bell Blvd.
Cedar Park, TX  78613
(512) 335-2276;

o.    Dina Parks
Williamson County & Cities Health District
211 Commerce Cove
Round Rock, TX  78664
(512) 248-3252;

Providing assistance with Mr. Gilbert's medical bills.  This person and entity have generated records that may be introduced into evidence at trial of this case.

p.    Lee Statler
Rivers and Gulf Marine Construction
19220 Fairfield Dr.
Fairhope, AL  36532
(334) 929-2147;

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 10

This witness submitted a bid to Rig Ventures, Inc. for work aboard OCEAN 66, and may provide testimony regarding same. This witness and entity generated documents that will likely be introduced into evidence at trial of this case.

q.    Gary Ferrazzano
      DeWitt Stern, Imperatore, Ltd
      6 Port Imperial Blvd
      Weehawken, NJ 07087
      (201) 902-0030;

      This witness and entity sold insurance to Rig Ventures, Inc., and may testify concerning whether any policy of insurance was in effect at the time of the incident giving rise to the instant suit. This witness and entity also generated documents that may be introduced into evidence at trial of this case.

r.    Ken Soyez, Pat Himel, Larry Dorsey, Ralph Trigg, and other employees, agents or representatives of Murphy Exploration and Production Co, Inc.
      131 South Robertson St.
      New Orleans, LA 70112
      (504) 561.2533;

      One or more of these persons may testify regarding operations aboard MODU OCEAN 66, and liability. These persons and entity have also generated documents that may be introduced into evidence at trial of this case.

s.    Norma Garza
      174 Robins Lane
      Brownsville, TX 78520;

      Emilio Sanchez's daughter and CPA to Rig Ventures, Inc. This witness is expected to testify regarding employment issues vis-à-vis Rig Ventures, Inc. and Phil Wells, among others, and regarding financial issues vis-à-vis operations aboard MODU OCEAN 66. This person may also present expert testimony on these matters and other areas within her expertise.

t.    Martin K. Bech, Glenn Gros, and employees and representatives of
      UNIFAB International, Inc.
      PO Box 11308
      New Iberia, LA 70562
      (337) 367-8291;

      Owns shipyard where OCEAN 66 is located. These witnesses may testify regarding liability.

u.    Noble Denton, Paul Braden, and employees and representatives of

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 11

Noble Denton & Associates, Inc.
14701 St. Mary's Lane, Suite 750
(281) 558-7180;

Franklin S. Skinner, and employees and representatives of
Marine Surveying & Consulting
2128 Burnette Blvd, Suite 7
Wilmington, NC 28401
910.343-9002;

Steve Russom and employees and representatives of
The Hanover Company
12001 N. Houston Rosslyn
Houston, TX 77086
(281)447-8787;

The above persons and entities conducted surveys of Ocean 66. These persons may testify as expert witnesses in the field of Marine Surveying.

v.    The parties may identify additional fact witnesses as litigation continues, and will identify expert witnesses pursuant to the deadlines described above.

13.    <u>Documentary evidence</u>:    The parties anticipate introducing voluminous medical records, as hereinabove described, as evidence herein. Additional numerous documents exchanged in discovery may also be introduced into evidence at trial, including documents generated by one or more of the above-identify persons and/or entities, most or all of whom provided equipment and/or supplies to Defendants in connection with work aboard MODU OCEAN 66. Plaintiff anticipates introducing into evidence corporate documents, financial documents, banking documents, and other documents pertaining to relevant matters and the relationship among the defendants and parties, and produced by Defendants in response to written discovery herein.

14.    There is no trial date scheduled at this time. This case will be ready for trial on or after September 30, 2004.

<u>Gilbert vs. Rig Ventures, et al</u>
Joint Case Management Plan and 26(f) Report
Page 12

Respectfully submitted this _10th_ day of May, 2004.

Scott Webre
Texas State Bar Number 21050070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

Frank Costilla
Texas State Bar Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

Ryan Krebs, M.D., J.D.
Texas State Bar Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
      SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

Luis Hernandez
Texas State Bar Number 09518900
Fleming and Hernandez
1650 Paredes Line Road
Suite 102
Brownsville, Texas 78521
(956) 982-4404
(956) 982-0943 (fax)

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 13

By:

LUIS HERNANDEZ

ATTORNEYS FOR DEFENDANTS RIG
VENTURES, INC., EMILIO SANCHEZ,
RICHARD JAROSS, and MODU "OCEAN 66"

Gilbert vs. Rig Ventures, et al
Joint Case Management Plan and 26(f) Report
Page 14