IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; and | § | |
| MODU "OCEAN 66" | § | |
|     Defendants. | § | |

## MOTION TO WITHDRAW
## DEFENDANTS' MOTION TO ABATE COURT ACTION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, **Rig Ventures, Inc., Emilio Sanchez, Richard Jaross and MODU "Ocean 66"**, ("Defendants" herein) and files this Motion to Withdraw Defendants' Motion to Abate Court Action and as grounds thereof would show unto the Court as follows:

1. On or about May 25, 2004, Defendants filed a Motion to Abate Court Action based on the exclusive administrative remedies pursuant to the Longshore and Harbor Worker's Compensation Act. At the initial pretrial conference of the parties, and a response to the Motion to Abate, Plaintiff's counsel indicated that Defendant Rig Ventures has failed to secure payment of compensation as required by the chapter, or attain a certificate of self-insurance. Rig Ventures does not have a certificate as a self-insurance, nor does it have secured compensation pursuant to the Act.

Therefore, Defendants move that this Court allow Defendants to withdraw their plea in abatement as improvident.

WHEREFORE PREMISES CONSIDERED, Defendants **Rig Ventures, Inc., Emilio Sanchez, Richard Jaross and MODU "Ocean 66"** move this court to allow Defendants to withdraw the motion to abate, and for such other relief both general and special for which they may show themselves justly entitled.

DATED: May 25, 2004.

                                      Respectfully submitted,

                                      **FLEMING & HERNANDEZ, P.C.**
                                      1650 Paredes Line Road, Suite 102
                                      Brownsville, Texas 78521
                                      Telephone:  (956) 982-4404
                                      Telecopier: (956) 982-0943

                                      By: _/s/ Tom Fleming_
                                        Tom Fleming
                                        State Bar of Texas No. 07133000

**ATTORNEYS FOR DEFENDANTS,
RIG VENTURES, INC., EMILIO SANCHEZ,
RICHARD JAROSS and MODU "Ocean 66".**

## CERTIFICATE OF SERVICE

I, Tom Fleming, hereby certify that a true and correct copy of the foregoing **MOTION TO WITHDRAW DEFENDANTS' MOTION TO ABATE COURT ACTION** was forwarded on May _25_, 2004 by Certified United States Mail, Return Receipt Requested to the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Scott D. Webre
ATTORNEY AT LAW
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(Certified United States Mail, R.R.R., #7002 2030 0007 1000 4888)

**CO-COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(Certified United States Mail, R.R.R. #7002 2030 0007 1000 4895)

**CO-COUNSEL FOR PLAINTIFF,**
**JAMES DAVID GILBERT:**
Frank Costilla
THE LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
(Certified United States Mail, R.R.R., #7002 2030 0007 1000 4901)

_/s/ Tom Fleming_
Tom Fleming