# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Levesque |
| DATE | 5 — 25 — 04 |
| TIME | 10:10 a.m./p.m. — 10:22 a.m./p.m. |
| CIVIL ACTION | B — 04 — 047 |
| STYLE | James David Gilbert *versus* Rig Ventures, Inc., et al. |



United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Initial Pre-Trial Conference;      (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Frank Costilla, Scott Webre, & Alejandro Garcia

Attorney(s) for Defendant(s):   Tom Fleming & Luis Hernandez

**Comments:**

1. The Court GRANTED Plaintiff's motion to substitute Mr. Webre as lead counsel.
2. Mr. Hernandez argued Defendants' motion to abate. Plaintiff argued the motion and requested time to file a written response.
3. The Court ORDERED Defendant to produce all information regarding its insurance status by the end of the week.
4. Plaintiff will file a response by June 4, 2004.
5. A scheduling order will be entered using the August 31, 2004, discovery cutoff date the parties suggested.