UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. B-04-CV-047 |
| | * | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | * | JUDGE HILDA G. TAGLE |
| PHIL WELLS; RICHARD JAROSS; AND | * | |
| MODU "OCEAN 66" | * | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Frank Costilla of the Law Offices of Frank Costilla, L.P., and makes and files this Motion for Substitution of Lead Counsel and would show unto the Court as follows:

I.

Frank Costilla is currently the attorney of record and attorney in charge for Plaintiff in the above-captioned cause of action.

II.

Frank Costilla requests approval of this Court for Scott Webre, 556 Jefferson Street, Suite 200, Lafayette, Louisiana, 70501, to substitute as lead counsel for Plaintiff.

This substitution of lead counsel has the approval of Plaintiff. The substitution of lead counsel is not sought for delay.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, LP.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:   (956) 544-3152

_____
**Frank Costilla**
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Federal ID No. 30411

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the 25 day of May, 2004, a true and correct copy of the above and foregoing **Plaintiff's Motion for Substitution of Lead Counsel** was sent to all counsel involved in the manner indicated below:

Mr. Luis Hernandez                                      Via **Hand Delivery**
FLEMING & HERNANDEZ
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521

_____
Frank Costilla