UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JAMES DAVID GILBERT | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. B-04-CV-047 |
| | * | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; PHIL WELLS; RICHARD JAROSS; AND MODU "OCEAN 66" | * | JUDGE HILDA G. TAGLE |

### ORDER

On this day came to be heard, Plaintiff's Motion for Substitution of Lead Counsel. After hearing argument of counsel and upon due consideration, the Court FINDS Plaintiff's motion is meritorious and should be, and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Scott Webre, 556 Jefferson Street, Suite 200, Lafayette, Louisiana, 70501 shall be lead counsel for Plaintiff in the instant matter.

SIGNED ON this the 25 day of May, 2004.

_____
THE HONORABLE HILDA G. TAGLE
United States District Judge