IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT § § Plaintiff, § § v. § § RIG VENTURES INC.; EMILIO SANCHEZ; § PHIL WELLS; RICHARD JAROSS; AND § MODU "OCEAN 66" § § Defendants. § | Civil Action B-04-047 |

BE IT REMEMBERED that on June 1, 2004, the Court **GRANTED** Defendants' Motion to Withdraw Defendants' Motion to Abate Court Action [Dkt. No. 14].

DONE at Brownsville, Texas, this 1st day of June 2004.

Hilda G. Tagle
United States District Judge