UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| JAMES DAVID GILBERT | * |
| | * |
| | * |
| VERSUS | * CIVIL ACTION NO. B04-CV-047 |
| | * |
| | * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | * |
| PHIL WELLS; RICHARD JAROSS; AND | * |
| MODU "OCEAN 66" | * |

**ORDER**

Be it remembered this 10th day of June, 2004, the Court FINDS Plaintiff's Unopposed Motion for Leave to Amend Pleadings is meritorious and unopposed and should be, and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Complainant is awarded leave to file Complainant's Fourth Amended Complaint Under General Maritime Law and State Law in the form attached to Complainant's Unopposed Motion for Leave to Amend.

SIGNED and entered this 10th day of June, 2004.

THE HONORABLE HILDA G. TAGLE
United States District Judge

Approved as to form:

Scott Webre
Attorney-in-Charge for Complainant
Texas Bar No. 21050070
Southern District of Texas No. 21050070
556 Jefferson Street, Suite 200
Lafayette, LA 70501
(337) 593-4178
(337) 593-4159 (facsimile)