22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2004

Michael N. Milby
Clerk of Court

JAMES DAVID GILBERT          *
                             *
                             *
                             *  CIVIL ACTION NO. B04-CV-047
VERSUS                       *
                             *
                             *  JUDGE HILDA G. TAGLE
RIG VENTURES, INC.; EMILIO SANCHEZ;  *
AND RICHARD JAROSS           *

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION
## OF NORMA GARZA

TO:   Norma Garza, pursuant to the attached subpoena and subpoena duces tecum;

      Rig Ventures, Inc., Emilio Sanchez and Richard Jaross by and through their attorney of
      record, Luis R. Hernandez, Fleming & Hernadez, P.C., 1650 Parades Line Road, Suite
      102, Brownsville, Texas 78521.

      PLEASE TAKE NOTICE that at 9:00 a.m., on June 30, 2004, and continuing thereafter from

day-to-day until completed, Plaintiff will take the oral deposition pursuant to the Federal Rules of

Civil Procedure of Norma Garza at the offices of Fleming & Hernandez, P.C., 1650 Paredes Line

Road, Suite 102, Brownsville, Texas 78521, before a designated court reporter. The deposition may

be videotaped.

      PLEASE TAKE FURTHER NOTICE that the above-identified witness must appear at the

time and place described in this notice to give testimony before a designated court reporter, and to

produce any and all documents responsive to the attached subpoena duces tecum.

      You are invited to attend and cross-examine.

Respectfully submitted:

Scott Webre
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

Frank Costilla
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

Ryan Krebs, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
        SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was served on counsel for all parties that have appeared, as indicated below, on this _14th_ day of June, 2004:

Mr. Luis R. Hernandez                *Via Certified Mail, Return Receipt Requested*
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX  78521

Subpoena Duces Tecum:

Please produce at your deposition:

1.     QuickBooks reports and any other documents (e.g. ledgers, spreadsheets, correspondence, etc.) pertaining to any and all loans, including the underlying promissory notes, to or from Rig Ventures, Inc. from or to any person or entity, and showing any and all activity on those accounts during the time frame January 1, 2000 to present;

2.     QuickBooks reports and any other documents (e.g. ledgers, spreadsheets, correspondence, etc.) pertaining to any and all payments of whatever kind or character, whether payments of equity, debt, wage, salary, consultant fees, etc. made by Rig Ventures, Inc. to Mr. Sanchez, Mr. Jaross, Mystic Shipping, ESCO Marine, SanShip, Dominion Shipping, or other corporations or partnerships in which Mr. Sanchez and/or Mr. Jaross have an ownership interest during the time frame January 1, 2000 to present;

3.     Financial statements and tax returns (with all attachments) for Rig Ventures and Emilio Sanchez for years 2000, 2001, 2002, and 2003;

4.     Bank Statements from any bank for Rig Ventures for time frame January 1, 2001 to present;

5.     QuickBooks reports and any other documents (e.g. ledgers, spreadsheets, correspondence, etc.) pertaining to any and all payments of whatever kind or character, whether payments of equity, debt, wage, salary, consultant fees, etc. made by Rig Ventures, Inc. to you during the time frame January 1, 2000 to present;

6.     1099s and W-2's submitted to any person or entity by Rig Ventures, Inc. during years 2001 and 2002; and

7.     Any and all documentation reflecting or evidencing any payment for wages, salaries, and/or expenses to Emilio Sanchez, Jr. in connection with his attendance of the inspection of OCEAN 66 by the attorney for the plaintiff, including but not limited to any cancelled checks, 1099's, w-2's, and/or invoices reflecting same.