

```
                                                      United States District Court
                                                      Southern District of Texas
             UNITED STATES DISTRICT COURT                       FILED
              SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION                      JUN 1 8 2004

                                                          Michael N. Milby
                                                           Clerk of Court
```

| | |
|---|---|
| JAMES DAVID GILBERT | * |
| | * |
| | * |
| | * CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * |
| | * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | * |
| AND RICHARD JAROSS | * |

## AMENDED NOTICE OF INTENT TO TAKE ORAL DEPOSITION
## OF FRANK RUIZ, JR.

TO:   Frank Ruiz, Jr., pursuant to the attached subpoena and subpoena duces tecum;

Rig Ventures, Inc., Emilio Sanchez and Richard Jaross by and through their attorney of record, Luis R. Hernandez, Fleming & Hernandez, P.C.1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521.

PLEASE TAKE NOTICE that at 1:00 p.m., on June 30, 2004, and continuing thereafter from day-to-day until completed, Plaintiffs will take the oral deposition pursuant to the Federal Rules of Civil Procedure of Frank Ruiz, Jr. at the offices of Luis Hernandez, Fleming & Hernandez, 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521, before a designated court reporter. The deposition may be videotaped.

PLEASE TAKE FURTHER NOTICE that the above-identified witness must appear at the time and place described in this notice to give testimony before a designated court reporter, and to produce any and all documents responsive to the attached subpoena duces tecum.

You are invited to attend and cross-examine.

Respectfully submitted,

Scott Webre
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

Frank Costilla
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

Ryan Krebs, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing document was served on counsel for all parties that have appeared, as indicated below, on this __14__ day of June, 2004:

Mr. Luis R. Hernandez                    *Via Certified Mail, Return Receipt Requested*
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521

Subpoena Duces Tecum:

Please produce at your deposition:

1. Any and all documents evidencing payments made to you by Rig Ventures, Inc. as compensation for your labor during the calendar year 2001, including but not limited to any and all W-2s and/or IRS Tax forms 1099.