| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JAMES DAVID GILBERT §

vs. § Civil Action No. B-04-47

RIG VENTURES, INC., ET AL §

United States District Court
Southern District of Texas
ENTERED
JUL 1 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumada

## SCHEDULING ORDER

1. Trial: Estimated time to try: _____ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   7/19/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   8/2/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   9/10/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   9/27/2004

7. Parties to submit to mediation by:   10/12/2004
   *(Counsel to file Status Report to the Court no later than a week after mediation)*

8. Joint pretrial order is due:   12/20/2004

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   1/5/2005

10. Jury Selection is set for 9:00 a.m. on:   1/10/2005
    *(The case will remain on standby until tried)*

Signed _July 14_____, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge