

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JAMES DAVID GILBERT** | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| **RIG VENTURES, INC.; EMILIO SANCHEZ;** | § | |
| **PHIL WELLS; RICHARD JAROSS; and** | § | |
| **MODU "OCEAN 66"** | § | |
| Defendants. | § | |

## AMENDED MOTION TO QUASH
## SUPPLEMENTAL ORAL DEPOSITION OF EMILIO SANCHEZ
## AND REQUEST FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, **Emilio Sanchez and Rig Ventures, Inc.**, Defendants herein, and file this their Motion to Quash Supplemental Oral Deposition of Emilio Sanchez and Request for Protective Order, and as grounds thereof would respectfully show unto the Court as follows:

1.     On or about July 30, 2004, Plaintiff filed a notice of intention to take the supplemental oral deposition of Emilio Sanchez with subpoena duces tecum. See Exhibit A attached hereto. Emilio Sanchez' deposition was taken on January 28, 2004; the notice of intention to take the supplemental oral deposition of Emilio Sanchez is in violation of Rule FRCP 30(2)(b); and leave has not been attained.

2. The notice of intention to take Emilio Sanchez' deposition with subpoena duces tecum is in violation of Rule FRCP 30(b)(5), as such request for deposition scheduled for August 9, 2004 does not allow 30 days to respond pursuant to FRCP 34.

3. Emilio Sanchez filed a motion for partial summary judgment on July 7, 2004 requesting this Court dismiss Emilio Sanchez from the attempt by Plaintiff to hold Sanchez liable for alleged corporate obligations in this lawsuit, as the conditions precedent to find liability on Emilio Sanchez have not been met; specifically, an unsatisfied judgment against Rig Ventures, Inc. pursuant to Delaware 8 Del. C. § 325 requires a judgment against the corporation and execution thereon returned unsatisfied.

4. The notice of intention to take the supplemental deposition of Emilio Sanchez contains a subpoena duces tecum with a request to produce financial statements and tax returns from 2001 to present for 13 new entities recently made parties to this lawsuit and many of which, Emilio Sanchez has no ownership interest or right of control.

Defendants **Emilio Sanchez and Rig Ventures, Inc.** move this Court to grant their request for protective order pursuant to Federal Rule of Civil Procedure 26(c) to protect Emilio Sanchez from annoyance; embarrassment; oppression and undue burden or expense; and that the discovery request to take the supplemental oral deposition of Emilio Sanchez be in all things quashed.

DATED: August 4, 2004.

        Respectfully submitted,

        **FLEMING & HERNANDEZ, P.C.**
        1650 Paredes Line Road, Suite 102
        Brownsville, Texas  78521-1602
        Telephone:  (956) 982-4404
        Telecopier:  (956) 982-0943

by: _____
        **Luis R. Hernandez**
        State Bar of Texas No. 09518900
        Federal I.D. No. 12978

        **Tom Fleming**
        State Bar of Texas No. 07133000
        Federal I. D. No. 1188

        **ATTORNEYS FOR DEFENDANT,**
        **EMILIO SANCHEZ.**

## RULE 26(c) CERTIFICATE

I, Luis R. Hernandez, certify that I have in good faith conferred with opposing counsel in an effort to resolve the dispute without court action, and such attempts have failed.

_____
Luis R. Hernandez

**AMENDED MOTION TO QUASH SUPPLEMENTAL ORAL DEPOSITION OF EMILIO SANCHEZ**
**AND REQUEST FOR PROTECTIVE ORDER**   Page 3 of 4
LRH/bgw #021110 L:\WARNKE\CLIENT\RIG\Gilbert,JamesDavid\USDC-B-04-CV-047\AmdQuashDep-Mot.wpd

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **AMENDED MOTION TO QUASH SUPPLEMENTAL ORAL DEPOSITION OF EMILIO SANCHEZ AND REQUEST FOR PROTECTIVE ORDER** were served August 5, 2004 in the manner(s) indicated below upon the following Counsel-of-record:

        **CO-COUNSEL FOR PLAINTIFF,**
        **JAMES DAVID GILBERT:**
        Scott D. Webre
        556 Jefferson Street
        Jefferson Towers, Suite 200
        Lafayette, Louisiana 70501
        *(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 5359)*

        **CO-COUNSEL FOR PLAINTIFF,**
        **JAMES DAVID GILBERT:**
        Ryan Krebs, M.D., J.D.
        6601 Vaught Ranch Road, Suite 100
        Austin, Texas 78730
        *(CERTIFIED UNITED STATES MAIL, R.R.R. #7002 2030 0007 1000 5342)*

        **CO-COUNSEL FOR PLAINTIFF,**
        **JAMES DAVID GILBERT:**
        Frank Costilla
        THE LAW OFFICES OF FRANK COSTILLA, L.P.
        5 East Elizabeth Street
        Brownsville, Texas 78520
        *(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 5335)*

_____
Luis R. Hernandez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT | * |
| | * |
| | * |
| | * CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * |
| | * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; et al | * |

### NOTICE OF INTENTION TO TAKE SUPPLEMENTAL ORAL DEPOSITION OF EMILIO SANCHEZ, SR.

TO: Emilio Sanchez, Rig Ventures, Inc., and Richard Jaross, by and through their attorney of record, Luis R. Hernandez, Fleming & Hernadez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521.

PLEASE TAKE NOTICE that at 12:00 noon, on August 9, 2004, and continuing thereafter from day-to-day until completed, Plaintiff will take the oral deposition pursuant to the Federal Rules of Civil Procedure of Emilio Sanchez, Sr. at the offices of Fleming & Hernandez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521, before a designated court reporter. The deposition may be videotaped.

PLEASE TAKE FURTHER NOTICE that the above-identified witness must appear at the time and place described in this notice to give testimony before a designated court reporter, and to produce any and all documents responsive to the attached subpoena duces tecum.

You are invited to attend and cross-examine.



EXHIBIT NO. A

Respectfully submitted:

Scott Webre
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

Frank Costilla
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

Ryan Krebs, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was served on counsel for all parties that have appeared, as indicated below, on this 30‑day of July, 2004:

Mr. Luis R. Hernandez          *Via fax and CMRRR 7003 3110 0003 4812 0852*
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521