

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
AUG 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMES DAVID GILBERT,<br>    Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. B-04-047 |
| RIG VENTURES, INC. ET AL.,<br>    Defendants. | §<br>§<br>§<br>§ |

## ORDER

Due to Plaintiff's failure to comply with FED. R. CIV. P. 30(a)(2)(B) and FED. R. CIV. P. 30(b)(5), Defendants' Amended Motion to Quash Supplemental Oral Deposition of Emilio Sanchez and Request For Protective Order, Docket No. 31, is hereby **GRANTED**.

Signed in Brownsville, Texas, this 6th day of August, 2004.

　　　　　　　　　　　　　　　　　　　　HILDA G. TAGLE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE