IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; and | § | |
| MODU "OCEAN 66" | § | |
| Defendants. | § | |

## JUDGMENT

The Motion for Summary Judgment of Defendant **Richard Jaross** has been submitted to the Court and will be GRANTED.

IT IS ORDERED that Defendant **Richard Jaross** have judgment that Plaintiff **James David Gilbert** take nothing by his causes of action stated and that Richard Jaross be dismissed from the above styled and numbered cause.

SIGNED on this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

**COPIES:**

**CO-COUNSEL FOR PLAINTIFF,
JAMES DAVID GILBERT:**
Scott D. Webre
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501

**CO-COUNSEL FOR PLAINTIFF,
JAMES DAVID GILBERT:**
Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730

**CO-COUNSEL FOR PLAINTIFF,
JAMES DAVID GILBERT:**
Frank Costilla
THE LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

**COUNSEL FOR DEFENDANT,
RICHARD JAROSS:**
Tom Fleming
Luis R. Hernandez
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602