Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

SEP 15 2004

Michael N. Milby, Clerk of Court

Date: September 14, 2004, 9:15 am to 3:00 pm

---

C.A. NO. B-04-047 (HGT)

---

| JAMES DAVID GILBERT | * | Scott Webre, Frank Costilla, Ryan Krebs, Alejandro Garcia, And Leandra Ortiz |
| VS | * | |
| RIG VENTURES, INC | * | Tom Fleming Luis R Hernandez |
| EMILIO SANCHEZ | * | " |
| RICHARD JAROSS | * | " |
| And MODU "OCEAN 66" | * | " |

---

## MEDIATION MINUTES

Plaintiff James David Gilbert appeared with attorneys Webre, Costilla, Krebs, Garcia and Ortiz.

Defendant Emilio Sanchez appeared for RIG VENTURES, INC., AND MODU "OCEAN 66", and with attorneys Fleming and Hernandez.

Plaintiff Jaross appeared with attorneys Fleming and Hernandez.

Mediation held. Case did not settle.