United States District Court
Southern District of Texas
FILED

SEP 23 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-047 |
| § | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; § | |
| PHIL WELLS; RICHARD JAROSS; and § | |
| MODU "OCEAN 66" § | |
| Defendants. § | |

## MOTION FOR SUMMARY JUDGMENT
## OF
## DEFENDANT RIG VENTURES, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant **Rig Ventures, Inc.** and files this its Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56, that Plaintiff take nothing by his suit against this Defendant or, alternatively, that Defendant is not liable for damages beyond Plaintiff's past medical expenses, and would show:

1. There are no controverted fact issues concerning the material facts, and the issue upon which this motion is made is a question of law and not fact.

2. Defendant **Rig Ventures, Inc. (hereinafter "Rig Ventures")** is a corporation created and existing pursuant to the laws of the State of Delaware. Rig Ventures is the owner of the Mobile Offshore Drill Unit "Ocean 66". (AFFIDAVIT OF EMILIO SANCHEZ attached hereto). Plaintiff **James David Gilbert (hereinafter "Gilbert")** was, at the time of his accident, an employee of Rig Ventures. (See PLAINTIFF'S FIFTH AMENDED COMPLAINT, paragraph 11).

3. On December 30, 2001, Gilbert was aboard the "Ocean 66" as a member of a crew engaged in salvage operations. (See PLAINTIFF'S FIFTH AMENDED COMPLAINT, paragraph 13). On that date, Gilbert was injured in a fall from one deck of the "Ocean 66" to the next lower deck. The "Ocean 66" on December 30, 2001 was "stacked" within the harbor of Lake Charles, Louisiana. (See PLAINTIFF'S FIFTH AMENDED COMPLAINT, paragraph 12).

4. As a result of the situs of the "Ocean 66" in harbor and being inactive and the status of Gilbert not being a member of the crew of the "Ocean 66" nor engaged in the work of the vessel but merely engaged in salvage work, the Jones Act cannot apply. Gilbert's occupation aboard the "Ocean 66" as a shipbreaker meets the definition of an employee from the Longshore and Harbor Workers' Compensation Act ("LHWCA"), § 2(3) (33 U.S.C. § 902(3)). As an employee providing shipbreaking services to Rig Ventures as the owner of the "Ocean 66", Gilbert cannot proceed against his employer "in whole or in part or directly or indirectly" for his injury sustained on December 30, 2001. 33 U.S.C. § 905(b).

WHEREFORE, this Defendant prays entry of judgment that Plaintiff take nothing by his claims against this Defendant or, alternatively, that Defendant is not liable for Plaintiff's damages in excess of his past medical expenses.

DATED: September 23, 2004.

        Respectfully submitted,

        **FLEMING & HERNANDEZ, P.C.**
        1650 Paredes Line Road, Suite 102
        Brownsville, Texas  78521-1602
        Telephone:  (956) 982-4404
        Telecopier:  (956) 982-0943


by: _/s/ Tom Fleming_____
        **Tom Fleming**
        State Bar of Texas No. 07133000
        Federal I. D. No. 1188

        **Luis R. Hernandez**
        State Bar of Texas No. 09518900
        Federal I.D. No. 12978

        **ATTORNEYS FOR DEFENDANT,**
        **RIG VENTURES, INC.**

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **MOTION FOR SUMMARY JUDGMENT OF DEFENDANT RIG VENTURES, INC.** were served September 23, 2004 in the manner(s) indicated below upon the following Counsel-of-record:

> **CO-COUNSEL FOR PLAINTIFF,**
> **JAMES DAVID GILBERT:**
> Mr. Scott D. Webre
> 556 Jefferson Street
> Jefferson Towers, Suite 200
> Lafayette, Louisiana 70501
> *(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 1680 0006 5137 8124)*
>
> **CO-COUNSEL FOR PLAINTIFF,**
> **JAMES DAVID GILBERT:**
> Ryan Krebs, M.D., J.D.
> 6601 Vaught Ranch Road, Suite 100
> Austin, Texas 78730
> *(CERTIFIED UNITED STATES MAIL, R.R.R. #7003 1680 0006 5137 8131)*
>
> **CO-COUNSEL FOR PLAINTIFF,**
> **JAMES DAVID GILBERT:**
> Mr. Frank Costilla
> THE LAW OFFICES OF FRANK COSTILLA, L.P.
> 5 East Elizabeth Street
> Brownsville, Texas 78520
> *(CERTIFIED UNITED STATES MAIL, R.R.R., #7003 1680 0006 5137 8148)*

_____
Tom Fleming

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO SANCHEZ; | § | |
| PHIL WELLS; RICHARD JAROSS; and | § | |
| MODU "OCEAN 66" | § | |
|     Defendants. | § | |

## AFFIDAVIT OF EMILIO SANCHEZ

THE STATE OF TEXAS　§
　　　　　　　　　　　§
COUNTY OF CAMERON　§

BEFORE ME, the undersigned Notary Public, on this day personally appeared **Emilio Sanchez**, who being by me here and now duly sworn upon oath, says:

"My name is Emilio Sanchez. I am over the age of 18 years and am not disqualified to make this affidavit. All facts set out herein are based on my personal knowledge.

"I am the President and Chief Executive Officer of Rig Ventures, Inc., a Delaware corporation. Rig Ventures, Inc. is the current owner of a Modular Offshore Drill Unit known as the "Ocean 66". On December 30, 2001, the date on which James David Gilbert was injured, Rig Ventures, Inc. was the owner of the MODU "Ocean 66".

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Emilio Sanchez

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, by the said **Emilio Sanchez** on this, the 23RD day of September, 2004, to certify which WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE.



_____
Notary Public, State of Texas.

BARBARA WARNKE
MY COMMISSION EXPIRES
May 2, 2005