UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT | * <br> * <br> * |
| VERSUS | * CIVIL ACTION NO. B04-CV-047 <br> * <br> * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC. et al | |

ORDER

Came on to be heard Defendant Richard Jaross' Motion for Summary Judgment. After considering the pleadings on file herein, Defendant Jaross' motion, Plaintiff's response, together with all exhibits, all of which are hereby admitted into evidence, the Court FINDS Defendant's motion is without merit and should be and hereby is DENIED.

It is so ORDERED, this ___ day of _____, 2004.

_____
Honorable Hilda G. Tagle
Presiding Judge