Sep 27 04 03:14p    Scott D. Webre        337-593-4159        p.21
Case 1:04-cv-00047    Document 42-10    Filed in TXSD on 09/27/2004    Page 1 of 14
Aug-29-01 08:57A rich d Jaross                                        P.01

# RIG VENTURES INC.

6665 E. 14th St. – Brownsville, Texas 78520
Phone: 956 831 4531   Fax: 956 831 3142

August 28th, 2001

**FAX MESSAGE TO:**      Jim Walker - UNIFAB WEST – Lake Charles, La.
                        Fax No. 337 562 1411

Ref: OCEAN 66

Please be advised that Mr. Wayne Carter of Advanced Services Inc. is coming to inspect the
OCEAN 66 on Friday August 31st.

Please assist him in any way you can.

Please continue removing the 2 mud pumps but do not let them leave your yard until we have good
funds in our account.

Please call if you have any questions.

Best regards,

Richard Jaross – Consultant
 to RIG VENTURES INC.
1519 N. 23rd St. – Wilmington, NC 28405
Phone: 910 254 0200  Fax: 910 254 0608/0509

CC:  Emilio Sanchez – RVI – Brownsville, Texas

1 of 1.

# RIG VENTURES INC.

6665 E. 14th St. – Brownsville, Texas 78520
Phone: 956 831 4531  Fax: 956 831 3142



FAX MESSAGE TO:        YOUNG'S HYDRAULICS – Gautier, MS
                       Fax No. 228 497 5551
                       Attention:  Don Young

Ref: OCEAN 66

Dear Don:

Once again, as we said in our earlier correspondence, we are very appreciative of the cooperation Young's Hydraulics gave Rig Ventures in getting the OCEAN 66 operational, but we must take you to task in regard to your Inv. 7681.

You keep calling to talk to me but I can tell you quite frankly that Emilio Sanchez and I are not going to pay $25/hr. to your men while they were sleeping.  In addition, our Rig Master Frank Ruiz, said the two men you put on other than Dennis were not experienced rig operators as we had been led to believe, and their hourly rate was excessive.

We would appreciate it very much if you would review your bill and take out the "sleeping charges" and adjust the rates of the other two men down to a more reasonable figure.

We look forward to hearing from you.

Best regards,

Richard Jaross – Consultant
  to RIG VENTURES INC.
1519 N. 23rd St. – Wilmington, NC 28405
Phone: 910 254 0200  Fax: 910 254 0608/0509

CC: Emilio Sanchez/R V I – Brownsville, Texas.

1 of 1.

FROM :                                    PHONE NO. : 9102540509         Jul. 03 2002 01:46PM P1

July 3rd, 2002

**FAX MESSAGE TO:**        Greg Thory – R. S. PLATOU (USA)
                          Fax No. 713 974 1107

**FROM:** RIG VENTURES INC. – 6665 E. 14th St. – Brownsville, Texas 78520
          Phone: 956 831 4531  Fax: 956 831 3142

Ref: OCEAN 66

~~Per instructions~~ of Richard Jaross & Emilio Sanchez attached please find the following:

   Copy of ABS Certificate of Classification for the OCEAN 66
     w/Issue Date of 3/7/2000 & Expiration Date of 2/28/2005

   Summary Report of Class Surveys – ABS 2/28/2000
     including Outstanding Recommendations, ABS Check List,
     and copy of Provisional International Load Line Cert.
     issued at Morgan City, Louisiana  2/24/2000.

Please let us know if you need any additional information.

Sincerely yours,

Secretary
Rig Ventures Inc.
**Phone:** 910 254 0200    **Fax:** 910 254 0608/0509

Page 1 of 13 pages.

*File*

Thursday, February 07, 2002

FAX MESSAGE TO:    Emilio Sanchez – Fax NO. 956 831 3142

Ref:  Kennedy Funding Loan  - Ocean 66/Pan Producer

The agreement, as I understand it, is that they would loan 50% of the appraised value of both rigs together.  The cost would be as follows:

    1.  $10,000 up-front fee which would need to be wired as per their letter.  This would be completely refundable if we did not like the commitment in writing and we let them know within 5 days.

    2.  .0225 commitment fee.  This is fully refundable if Kennedy Funding does not make the loan.

    3.  A 10% equity fee (this is where the "hard" money comes in) which will be taken off the loan at the time of funding.

    4.  2% commission to Bob Lynes.  I am assured I can get this knocked down to 1%.

Let's assume the rigs appraise for greater than $4 Mil and we receive a $2 Mil loan, then the cost for one year would be $575,000.

First of all, if we sell one or both rigs in the first year (or the quicker we sell them), the cost would be like having a partner.  If we do not sell one or more of the rigs in the first year, then I think we could just give the rigs to the lender and at least we would walk off with $1.5 Mil.  This would allow us to pay off the Tidewater claim and other bills.

If we do not answer this man in a timely fashion, he will completely drop it and it is hard to get him to come back according to Bob Lynes.

Please advise what you want to do.  As a courtesy, I would like to get back to Bob to let him know what is going on.

Best regards,

Richard Jaross
1519 N. 23rd St. – Wilmington, NC 28405
Phone: 910 254 0200  Fax: 910 254 0608/0509

1 of 1

*DAVID HEDTT 8500*
*201 342*

# DYMENT & FISHER
*Attorneys & Counselors at Law*
401 Heights Blvd.
Houston, Texas 77007
(713) 880-0111; (713) 880-8574 Fax

Jeffrey B. Dyment
Michael A. Fisher*

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

## FAX TRANSMISSION

DATE:        MARCH 7, 2002

TO:          RIG VENTURES

ATTN:        RICHARD JAMES

FROM:        MICHAEL FISHER

FAXING TO NO:    956-838-5700

NUMBER OF PAGES INCLUDING COVER:   1

RE: JAMES GILBERT

MESSAGE: Dear Mr. Jaros: This is to let you know that I have been asked to represent James Gilbert. Please communicate with me with regard to his incident. Please do not communicate with Mr. Gilbert directly.

IF YOU ARE NOT RECEIVING A CLEAR COPY OF THIS DOCUMENT OR ARE NOT RECEIVING ALL MATERIALS TRANSMITTED, PLEASE CONTACT US AT 713-880-0111.

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution or copying of this communication is strictly immediately by telephone and return the original message to us at the above address via the U.S. postal service or call us on the telephone. Thank you.



# RIG VENTURES INC.

6665 E. 14ᵗʰ St. – Brownsville, Texas 78520 - Phone: 956 831 4531 - 956 831 3142

Wednesday, September 06, 2000                          Page 1 of 2.

FAX MESSAGE TO: Jerry McCallum – Consultant – Fax No. 281 412 9190

Ref: OCEAN 66 – Rig Ventures Inc. (RVI)

Dear Jerry:

Attached please find the initial acceptance of RVI's offer for removal of and title to the OCEAN 66.

Tentatively, I plan to come to Houston next Wednesday (9/13) in the a.m. Please advise if we are to drive or fly out to look at the OCEAN 66 and the Drill Barge DB 28 located at Morgan City, Louisiana.

I will draft an agreement for profit-sharing – 25% to you or your nominee and 25% to Dwight Toney or his nominee – of the net profits.

Meanwhile, could you please put together your detailed plan which is required by Murphy Exploration & Production (Murphy) of how we plan to jack down and safely remove the rig. Please send your draft to me and we will send it to Murphy on our letterhead with your name attached. Emilio and I would like to review the plan first.

Please give me a call at your convenience.

Best regards,

Richard Jaross  - Consultant
  to RIG VENTURES INC.                    email: rjaross@aol.com
1519 N. 23ʳᵈ St. – Wilmington, NC 28405            aaron@issac.net
Phone: 910 254 0200  Fax: 910 254 0608/0509

CC: Emilio Sanchez – RVI – Brownsville, Texas.

# RIG VENTURES INC.

6665 E. 14th St. – Brownsville, Texas 78520
Phone: 956 831 4531   Fax: 956 831 3142

July 7th, 2001

FAX MESSAGE TO: Jim Walker - UNIFAB WEST – Lake Charles, La.
                Fax No. 337 562 1411

Ref: OCEAN 66

Attached please find a list of rental items which must be returned off the OCEAN 66. The 2 – 20,000 lb. anchors/buoys/shackles and Samson lines are to be returned to Anchor Marine in Houston, and these can be put on one truck by themselves.

We also have various items on page 2 of the attached list which have to be delivered to Young's Hydraulics, Gautier, MS.

The items which go to NES and the life raft to Offshore Supply, as well as the port-a-potty can go all on one truck.    I will get the port-a-potty delivery address on Monday.

Please call if you have any questions.

Best regards,

Richard Jaross
RIG VENTURES INC.
1519 N. 23rd St. – Wilmington, NC 28405
Phone: 910 254 0200  Fax: 910 254 0608/0509

CC:   Emilio Sanchez/R V I – Brownsville, Texas  (956 831 3142)        1 of 1.

4)    Hose Crimper & Fittings
      Cut-Off Saw
      Unused Hydraulic Pump and Motor

— should ship Motor Freight – band to pallet or Box

Return to:    Young's Hydraulics
              2715 Hwy. 90 West – Gautier, MS 39553
              (228 497 5566)

Page 2 of 2

EXHIBIT "A"

LIST OF RENTAL EQUIPMENT TO BE REMOVED FROM OCEAN 66

- One (1) ea. Cummins 350 KW Generator & Leads
- One (1) ea. 3" Warren Rupp Sandpiper Diaphragm Air Pump, S/N 673944 – Model EB-3SM. Return To NES Mayer-Hammant (225-673-3155)
- One (1) ea. 3" - 440 Gorman Rupp Submersible Pump w/box & wires, S/N 1198071 Model S3B1 460V Return to NES Mayer-Hammant (225-673-3155)
- One (1) ea. Air Impact Wrench
- Acetylene/Oxygen Bottle Vent Racks, Return to Air Liquide America Corporation, Brownsville, TX (956-548-7134)
- One (1) ea. Life Raft Return to Offshore Supply – New Orleans, LA (504-833-8251)
- Two (2) ea. 20,000 lb. Anchors/Buoys/Shackles/Cables & Samson Lines, Return to Anchor Marine

LIST OF COMPANY & INDIVIDUALLY OWNED EQUIPMENT TO BE REMOVED FROM OCEAN 66

- Seven (7) ea. Air pumps (2 in./3") – RVI
- Assorted 2 in. hose, including 100 ft. fuel hose – RVI
- 100 ft. 4 in. hose – RVI
- Torches/hoses/gauges – RVI
- Burning bars – RVI
- VCR & tapes – personal property of Frank Ruiz
- Two (2) bag phones & antenna – RVI
- VHF radio/antenna and 1 hand-held antenna – RVI
- One (1) ea. Food mixer – Frank Ruiz
- All hand tools (except ½ in. drive sockets) – ESCO Yard
- Two (2) ea. Tool boxes – Frank Ruiz
- Electric ½ in. drill & ¼ in. drill – RVI
- Misc. extension cords/lamps – RVI
- Hose crimper and fittings – Young Hydraulics
- Cut-off saw – Young Hydraulics
- All hand-held radios – RVI
- Misc. galley equip. – plates, pots, pans, utensils – Frank Ruiz
- One (1) Flare kit – on loan
- Ten (10) Life jacket lights – on loan
- Two (2) Sets of Slings – RVI
- Four (4) Straps – RVI
- 100 ft. of 8 in. Accordion Hose – RVI
- 1-1/8" Winco Blower – RVI
- Six (6) Elec. Heaters – RVI
- Six (6) Sleeping bags – Frank Ruiz
- Four (4) Halogen lamps – RVI
- Air lines/filters/hoses – RVI
- One (1) Battery charger – RVI
- One (1) ea. Come-Along Winch – RVI
- Three (3) Elec. Water Pumps (submersible) – ESCO
- One (1) Perkins 40 KW Diesel Gen. & leads – 440V/3 Phase – RVI
- Misc. Chain and Master Links – ESCO
- Elec. Test Meter – RVI
- Gas Sniffer – RVI



Gilbert 0030

Gilbert 0031





# SCOTT D. WEBRE

ATTORNEY AT LAW

556 JEFFERSON STREET
JEFFERSON TOWERS, SUITE 200
LAFAYETTE, LOUISIANA 70501
(337) 593-4178    (337) 593-4159 FAX

*Licensed in Louisiana and Texas*

September 10, 2004

*Via fax (956) 982-0943*
Mr. Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521

> Re:    *James Gilbert vs. Rig Ventures, Inc., et al*; Cause No. B04-CV-047; in the United
> States District Court, Southern District of Texas, Brownsville Division

Dear Tom:

Your most recent motion for summary judgment contains blatant misstatements and mischaracterizations of the testimony herein. If you do not modify your motion to accurately reflect the testimony herein, or withdraw the motion entirely, by facsimile transmission to me by close of business on September 17, 2004, I will point out the details of your blatant misstatements and mischaracterizations of the evidence to The Honorable Judge Tagle and seek sanctions for your frivolous pleadings.

I look forward to hearing from you. Thank you.

Sincerely,

Scott Webre

SW

cc:    Hondo Garcia
       Ryan Krebs

# FLEMING & HERNANDEZ, P.C.

**Attorneys at Law**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

September 10, 2004

### *FACSIMILE ONLY: (337) 593-4159*

Mr. Scott D. Webre
ATTORNEY AT LAW
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501

Re:    **Civil Action No. B-04-047
In The United States District Court
For the Southern District of Texas
Brownsville Division**

*James David Gilbert*
*v.*
*Rig Ventures, Inc.; Emilio Sanchez; Phil Wells;*
*Richard Jaross; and MODU "Ocean 66"*

Dear Scott:

    Your conduct and attitude are unprofessional and somewhat questionable. If you wish to properly controvert the motion, do so. If you want to file any other pleadings, do so.

             Very truly yours,

             **FLEMING & HERNANDEZ, P.C.**

             by:
               Tom Fleming

TF/bgw