UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT | * |
| | * |
| | * |
| | * CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * |
| | * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC., et al | * |

## ORDER

Be it remembered this ___ day of September, 2004, the Court FINDS Plaintiff's Motion for Leave to Amend Pleadings is meritorious and unopposed and should be, and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Complainant is awarded leave to file Complainant's Fifth and Sixth Amended Complaints in the form attached to Complainant's Motion for Leave to Amend.

SIGNED and entered this _____ day of _____, 2004.

_____
THE HONORABLE HILDA G. TAGLE
United States District Judge

Approved as to form

_____
Scott Webre
Attorney-in-Charge for Complainant
Texas Bar No. 21050070
Southern District of Texas No. 21050070
556 Jefferson Street, Suite 200
Lafayette, LA 70501
(337) 593-4178
(337) 593-4159 (facsimile)