# Exhibit 1

**FLEMING & HERNANDEZ, P.C.**
Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

Rolando Olvera, P.C.
Of Counsel

April 16, 2004

**CERTIFIED UNITED STATES MAIL**
**RETURN RECEIPT REQUESTED**
**NUMBER 7002 2030 0007 1000 2938**

United States Department of Labor
Employment Standards Administrator
Office of Workers Compensation Programs
8866 Gulf Freeway, Suite 140
Houston, Texas 77017-6528

    Re:    Injury Report

           <u>Injured</u>: James David Gilbert; <u>Date of Accident</u>: December 30, 2001
           <u>Employer</u>: Rig Ventures, Inc.

Gentlemen:

    Enclosed is the original injury report, referenced above, executed April 16, 2004 by Emilio Sanchez, President of Rig Ventures, Inc.

    Thank you for your assistance in this matter. Should you have questions or require additional information, please advise.

                            Very truly yours,

                            FLEMING & HERNANDEZ, P.C.

                            by:
                                Tom Fleming

/bgw
Enclosure
cc(w/encl.): Mr. James David Gilbert
                c/o Mr. Scott Webre
                556 Jefferson Street
                Jefferson Towers, Suite 200
                Lafayette, Louisiana 70501
                <u>(CMRRR, #7002 2030 0007 1000 4178)</u>

#021110  L:\WARNKE\CLIENT\RIG\Gilbert.JamesDavid\LaborDept-1Ltr.wpd

RECEIVED COPY BY

| | | | |
|---|---|---|---|
| | | | Office of Workers' Compensation Programs |
| | | | OMB No. 1215-0031 |

| 1. OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident: Mo. Day Yr. Hour |
|---|---|---|
| | | 12 / 30 / 01 / 8:30 AM |

| 4. Name of Injured/Deceased Employee (Type or print—first, M.I., last) James David Gilbert  Telephone 956-943-6896 | 5. Employee's Address (No., street, city, state, ZIP code) c/o Scott D. Webre; 556 Jefferson St.; Lafayette, Louisiana 70501 |
|---|---|

| 6. Injury is Reported Under the Following Act (Mark one) | 7. Indicate Where Injury Occurred (Longshore Act only) (Mark one) | 8. Sex ☒ M ☐ F | 9. Date of Birth 02/11/58 |
|---|---|---|---|
| A ☒ Longshore and Harbor Workers' Compensation Act | A ☒ Aboard Vessel or Over Navigable Waters | | 10. Social Security No. (Required by Law) 4 2 8 - 1 5 1 - 4 8 0 7 |
| B ☐ Defense Base Act | B ☐ Pier/Wharf | | 11. Did Injury Cause Death? ☒ No ☐ Yes—If yes, skip to 16 |
| C ☐ Nonappropriated Fund Instrumentalities Act | C ☐ Dry Dock | | 12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident? ☒ Yes ☐ No |
| D ☐ Outer Continental Shelf Lands Act | D ☐ Marine Terminal | | |
| | E ☐ Building Way | | 13. Date and Hour Employee First Lost Time Because of Injury  Mo. Day Yr. Hour  12 / 30 / 01 / 8:30 AM |
| | F ☐ Marine Railway | | |
| | G ☐ Other Adjoining Area | | |

| 14. Did Employee Stop Work Immediately? ☒ Yes ☐ No | 15. Date and Hour Employee Returned to Work N/A | 16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in item 26) ☒ Yes ☐ No |
|---|---|---|
| 17. Did Injury/Death Occur on Employer's Premises? ☒ Yes ☐ No | 18. Dept. in Which Employee Normally Worked SHIP DISMANTLING | 19. Occupation COMMON LABORER |
| 20. Date and Hour Pay Stopped 12/30/01 8:30 A.M. | 21. Which Days Usually Worked Per Week? (Mark on days) S ☒M ☒T ☒W ☒Th F S | 22. Date Employer or Foreman First Knew of Accident 12/30/01 |
| 23. Wages or earnings (include overtime, allowances, etc.) a. Hourly $ b. Daily $ 150.00 c. Weekly $ d. Yearly $ | 24. Exact Place Where Accident Occurred (See instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters. Lake Charles Harbour Lake Charles, Louisiana | 25. How was Knowledge of Accident or Occupational Illness Gained? Report by Foreman |

26. Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.) Mr. Gilbert was rigging a large valve for removal by the vessel's crane when he lost his balance and jumped from atop a pipe on which he was standing. His leap carried him over a safety railing, and he fell approximately 18 feet to a lower deck where he landed on his right foot. The force of the landing broke his right tibia.

27. Nature of Injury (Name part of body affected—fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

FRACTURED RIGHT TIBIA

| 28. Has Medical Attention Been Authorized? ☒ Yes ☐ No | 29. Enter Date of Authorization 12/30/01 | 30. Was First Treating Physician Chosen by Employee? ☐ Yes ☒ No | 31. Has Insurance Carrier Been Notified? ☒ Yes ☐ No |
|---|---|---|---|
| Name | | Address—Enter Number, Street, City, State, ZIP Code | |
| 32. Physician John W. Noble | | 1701 Oak Park Boulevard Lake Charles, Louisiana 70601 | |
| 33. Hospital Lake Charles Memorial Hospital | | 1701 Oak Park Boulevard Lake Charles, Louisiana 70601 | |
| 34. Insurance Carrier Worker Compensation | | Policy No. 428154807 | |
| 35. Employer Rig Ventures, Inc. | | 6665 East 14th Street Brownsville, Texas 78521 | |
| 36. Nature of Employer's Business Shipbreaking | | 37. Signature of Person Authorized to Sign for Employer [signature] | |
| 38. Official Title of Person Signing This Report President | | 39. Date of This Report 4/16/04 | |

Form LS-202

*** TOTAL PAGE.02 ***