UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT | * * * |
| | * CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * * |
| | * JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC. et al | |

ORDER

Came on to be heard Defendant Rig Ventures, Inc.'s Motion for Summary Judgment. After considering the pleadings on file herein, Defendant Rig Ventures, Inc.'s motion, Plaintiff's response, together with all exhibits, all of which are hereby admitted into evidence, the Court FINDS Defendant's motion is without merit and should be and hereby is DENIED.

It is so ORDERED, this ___ day of _____, 2004.

_____
Honorable Hilda G. Tagle
Presiding Judge

Approved as to form:

_____
Scott Webre
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
ATTORNEY FOR PLAINTIFF