United States District Court
Southern District of Texas
FILED

OCT 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO | § | |
| SANCHEZ; RICHARD JAROSS; and, | § | |
| MODU "OCEAN 66" | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DEFENDANTS, RIG VENTURES, INC., EMILIO SANCHEZ, RICHARD JAROSS, and MODU "OCEAN 66" (hereinafter collectively referred to as Defendants), and would respectfully show unto the Court as follows:

I.

The attorney of record for the Defendants is the law firm of Fleming & Hernandez.

II.

A conflict has arisen between the Defendants and their current counsel of record; said conflict is irreconcilable requiring counsel of record to withdraw.

III.

Defendants have no objection to the law firm of Fleming & Hernandez withdrawing from this case, and would respectfully request the law firm of Spain & Olvera, the

Honorable Rolando Olvera, be granted leave to substitute as counsel of record for the Defendants.

## IV.

This motion for substitution of counsel is a result of a valid and existing conflict between attorney and clients, and filed for just cause, not for any type of delay.

## V.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request this Court allow the law firm of Fleming & Hernandez to withdraw, and the law firm of Spain & Olvera, the Honorable Rolando Olvera, to be substituted as counsel of record for the Defendants.

Respectfully submitted,

Fleming & Hernandez, P.C.
1650 Parades Line Road, Suite 102
Brownsville, Texas 78521
(956) 982-4404 Telephone
(956) 982-0943 Facsimile

By: _____
Tom Fleming
State Bar No. 07133000
Federal ID. No. 1188
ATTORNEY IN CHARGE FOR
DEFENDANTS

**AGREED AS TO FORM AND SUBSTANCE:**

                                Spain & Olvera
                                103 East Price Road, Suite A
                                Brownsville, Texas 78521
                                (956) 547-9991 Telephone
                                (956) 547-9997 Facsimile

                    By: _____
                                Rolando Olvera
                                State Bar No. 15278676
                                Federal ID. No. 14673

## LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE

Movant has conferred with Plaintiff's counsel of record, and this motion is unopposed.

_____
TOM FLEMING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _12_ day of October, 2004, a true and correct copy of the foregoing was forwarded via regular mail to all counsel of record, to wit:

Mr. Scott D. Webre
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501

Mr. Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730

Mr. Frank Costilla
THE LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Rolando Olvera
Spain & Olvera
103 E. Price Road, Suite A
Brownsville, Texas 78521

_(signature)_
TOM FLEMING