IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-047 |
| § | |
| RIG VENTURES, INC.; EMILIO § | |
| SANCHEZ; RICHARD JAROSS; and, § | |
| MODU "OCEAN 66" § | |

### UNOPPOSED ORDER

Came on to be considered, the Defendants' Unopposed Motion for Substitution of Counsel, and after due consideration of same, it is this Court's opinion that said motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the law firm of Fleming & Hernandez is hereby allowed to withdraw as counsel of record for the Defendants; the law firm of Spain & Olvera, the Honorable Rolando Olvera, shall be substituted as attorney of record for the Defendants.

SIGNED FOR ENTRY on this _____ of October, 2004.

_____
JUDGE PRESIDING

Mr. Scott Webre, 556 Jefferson Street, Jefferson Towers, Ste. 200, Lafayette, Louisiana, 70501
Mr. Ryan Krebs, 6601 Vaught Ranch Road, Ste. 100, Austin, Texas 78730
Mr. Frank Costilla, 5 East Elizabeth Street, Brownsville, Texas 78520
Mr. Tom Fleming, 1650 Paredes Line Road, Ste. 102, Brownsville, Texas 78521
Mr. Rolando Olvera, 103 E. Price Road, Ste. A., Brownsville, Texas 78521