IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JAMES DAVID GILBERT** | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| **RIG VENTURES, INC.; EMILIO SANCHEZ;** | § | |
| **PHIL WELLS; RICHARD JAROSS; and** | § | |
| **MODU "OCEAN 66"** | § | |
| Defendants. | § | |

### AFFIDAVIT OF LUIS R. HERNANDEZ

**THE STATE OF TEXAS** §
§
**COUNTY OF CAMERON** §

BEFORE ME, the undersigned Notary Public, on this day personally appeared **Luis R. Hernandez**, who being by me here and now duly sworn upon oath, says:

"My name is Luis R. Hernandez. I am above the age of twenty-one and have never been convicted of a crime involving moral turpitude. I am competent to make each statement of fact contained in this Affidavit based upon personal knowledge.

"I have discussed Dispositive Motions with Plaintiff's counsel Scott D. Webre on several occasions. This office, as counsel for Rig Ventures, Inc., Emilio Sanchez and Richard Jaross has filed Motions for Summary Judgment on their behalf.

"I have discussed the motions with Mr. Webre on each matter after the filing of each Motion for Summary Judgment. On each occasion, Mr. Scott D. Webre has threatened sanctions for having to file responses to each motion. On the last two

AFFIDAVIT OF LUIS R. HERNANDEZ
LRH/slt #021110 L:\WARNKE\CLIENT\RIG\Gilbert,JamesDavid\USDC-B-04-CV-047\Aff-Hernandez.wpd
Page 1 of 2

EXHIBIT NO. 1

occasions, Mr. Webre has reduced his threat to writing in his letters regarding his response to the Motion for Summary Judgment."

Further, Affiant sayeth not.

                                          **Luis R. Hernandez**

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, by the said **Luis R. Hernandez**, on this the 6th day of October, 2004.


BARBARA WARNKE
MY COMMISSION EXPIRES
May 2, 2005

                                          Notary Public, State of Texas.