# SCOTT D. WEBRE
ATTORNEY AT LAW

556 JEFFERSON STREET
JEFFERSON TOWERS, SUITE 200
LAFAYETTE, LOUISIANA 70501
(337) 593-4178    (337) 593-4159 FAX

*Licensed in Louisiana and Texas*

September 10, 2004

*Via fax (956) 982-0943*
Mr. Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521

      Re:   *James Gilbert vs. Rig Ventures, Inc., et al*; Cause No. B04-CV-047; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Tom:

    Your most recent motion for summary judgment contains blatant misstatements and mischaracterizations of the testimony herein. If you do not modify your motion to accurately reflect the testimony herein, or withdraw the motion entirely, by facsimile transmission to me by close of business on September 17, 2004, I will point out the details of your blatant misstatements and mischaracterizations of the evidence to The Honorable Judge Tagle and seek sanctions for your frivolous pleadings.

    I look forward to hearing from you. Thank you.

                                   Sincerely,

                                   Scott Webre

SW

cc:   Hondo Garcia
       Ryan Krebs

