UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | * | |
| | * | |
| | * | |
| | * | CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * | |
| | * | |
| | * | JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; et al | * | |

## PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURES

To:    All defendants,
       Through their attorneys of record:
       Mr. Luis R. Hernandez
       Mr. Tom Fleming
       Fleming & Hernandez, P.C.
       1650 Paredes Line Road
       Suite 102
       Brownsville, Texas 78521

Plaintiff, James Gilbert, makes these supplemental disclosures as required

by Federal Rule of Civil Procedure 26(e).

Plaintiff is supplementing his answers under Federal Rules of Civil

Procedure 26(a)(1)(A) as follows:

James David Gilbert
Plaintiff

Emilio Sanchez
Rig Ventures, Inc.
Phil Wells
Defendants

The Defendants' agents, servants, employees, agents by estoppel, ostensible agents, and custodians of records as reflected in James Gilbert's records.

Dennis Massey
22050 North Sam Houston
San Benito, TX  78586
(956) 245-6805

    Co-worker and witness to the incident.

Frank Ruiz, Jr.
Tarp & Park
226 Basin Street
Port Isabel, TX  78578
(956) 551-4581

    Co-worker and witness to the incident.

Jim Weber
Box 4325
Port Isabel, TX  78578
(956) 943-7205

    Co-worker

David Hanratty
Address unknown
Laguna Vista, TX
(956) 943-6153

    Co-worker

Frank Ruiz, Sr.
Bass Street
Port Isabel, TX
(956) 943-3208

    Head of salvage operation

Richard Jaross
1519 N. 23rd Street
Wilmington, NC  28405
(910) 542-5853
(910) 254-0200
(956) 831-8300
    Defendant Sanchez' partner/former partner

Michael Aaron Max
500 Point Caswell Road
Atkinson, NC  28322
(910) 283-3629
(910) 254-0200 (work)

Worked on rig made the subject of this suit; works for Mr. Jaross

Louise Max
Address unknown
(910) 254-0200

Works for Mr. Jaross

Pat Cheatham
13002 Sherbourne Street
Austin, TX  78729
(512) 258-5727
(512) 346-1080 (work)

Joanne Harris
9121 North Plaza #635
Austin, TX  78753
(512) 835-5665

Patricia Hibler Christman
843 E. 26th Street
Houston, TX  77009
(713) 868-9015
(713) 802-2200 (work)

Elizabeth Cheatham
2929 Rolido #201
Houston, TX  77063
(713) 588-7366

Carole Long
2207 East Riviera Drive
Cedar Park, TX  78613
(512) 918-9081

Ray DuFrond
6111 S. Congress #6
Austin, TX  78745
(512) 707-7618

3

Johnny and Rita Burke
6212 Marr Cove
Austin, TX 78724
(512) 929-9050

Jeff Anderson
Box 4601
Port Isabel, TX 78578
(956) 943-1853

Jerry Snodgrass
Address unknown
(956) 943-1094

Claude Sanders
2308 Southern Oaks
Austin, TX 78745
(512) 444-2722

Barry and Jennifer Blayney
133 Bridge Street
Port Isabel, TX 78578
(956) 943-1408
Marta Dunn
950 South Garcia #218
Port Isabel, TX 78578
(956) 943-2014

The above-listed persons are family members or friends who are aware of
Mr. Gilbert's injuries.

Physicians, Employees, and/or
Custodian of Records
Southwest Helicopters/dba Medivac 1
4907 E. 29th Street
Tucson, AZ 85711-6445
(520) 670-9090

James Gilbert's medical provider

4

Physicians, Employees, and/or
Custodian of Records
Lake Charles Memorial Hospital
1701 Oak Park Blvd.
Lake Charles, LA  70601
(337) 494-3265

      James Gilbert's medical provider

Physicians, Employees, and/or
Custodian of Records
Radiology Assoc of SW LA
P. O. Box 3749
Lake Charles, LA  70602
(337) 439-4706

      James Gilbert's medical provider

Physicians, Employees, and/or
Custodian of Records
Lake Charles Anesthesiology
751 Bayou Pines East
Lake Charles, LA  70601
(337) 436-8700

      James Gilbert's medical provider

John W. Noble, M.D. and/or
Custodian of Records
Center for Orthopaedics
1717 Oak Park Blvd., 3rd Floor
Lake Charles, LA  70601
(337) 494-4900

      James Gilbert's medical provider

Physicians, Employees, and/or
Custodian of Records
Acadian Ambulance & Air Med Services
P. O. Box 92970
Lafayette, LA  70509-2970
(800) 259-2222

      James Gilbert's medical provider

Physicians, Employees, and/or
Custodian of Records
The Methodist Hospital
6565 Fannin
Houston, TX  77030
(713) 790-3311

       James Gilbert's medical provider

Physicians, Employees, and/or
Custodian of Records
RMI
2992 Richmond
Houston, TX  77098
(713) 526-5771

       James Gilbert's medical provider

Richard L. Harris, M.D. and/or
Custodian of Records
6560 Fannin, Suite 2204
Houston, TX  77030
(713) 793-7550

       James Gilbert's medical provider

Michael Klebuc, M.D.
Saleh M. Shenaq, M.D.
Baylor Medcare
P. O. Box 297407
Houston, TX  77297-0407
(713) 798-6141

       James Gilbert's medical provider

Ronald Lindsey, M.D. and/or
Custodian of Records
6560 Fannin, Suite 1900
Houston, TX  77030
(713) 986-5680

       James Gilbert's medical provider

Suzanne Berry, M.D. and/or
Custodian of Records
Greater Houston Anesthesiology
P. O. Box 200535
Houston, TX  77216-0535
(713) 458-4302

      James Gilbert's medical provider

Wayne Dodd, P.T. and/or
Custodian of Records
Isla Physical Therapy
1160 Paredes Line Road
Brownsville, TX  78521
(956) 546-7777
(956) 546-8899 (fax)

      James Gilbert's medical provider

Physicians, Employees and/or
Custodian of Records
Seton Northwest Hospital
11111 Research
Austin, TX  78759
(512) 324-6000

      James Gilbert's medical provider

Physicians, Employees and/or
Custodian of Records
Third Coast Emergency Physicians
7100 South Highway 287
Arlington, TX  76001
(800) 677-5112

      James Gilbert's medical provider

Physicians, Employees and/or
Custodian of Records
Austin Radiological Assoc.
P. O. Box 4099
Austin, TX  78765
(512) 795-5100

      James Gilbert's medical provider

7

Physicians, Employees and/or
Custodian of Records
Brackenridge Hospital
601 E. 15th Street
Austin, TX  78701
(512) 324-1000

      James Gilbert's medical provider

Bob Kunkel, P.T. and/or
Custodian of Records
Seton Northwest Sports Medicine Center
11111 Research Blvd., Suite 190
Austin, TX  78759
(512) 324-6070

      James Gilbert's medical provider

Richard A. Lutz, D.O. and/or
Randall L. Lais, M.D. and/or
Custodian of Records
Texas Orthopedics, Sports and Rehabilitation Associates
4700 Seton Center Parkway, Suite 200
Austin, TX  78759
(512) 439-1000

      James Gilbert's medical provider

John Calder, M.D. and/or
Custodian of Records
Scott & White Clinic
900 Quest Parkway
Cedar Park, TX  78613
(512) 260-6100

      James Gilbert's medical provider

Jeffrey DeLoach, D.O. and/or
Custodian of Records
Orthopaedic Associates of Central Texas, P.A.
511 Oakwood Blvd., Suite 200
Round Rock, TX  78681
(512) 244-0766

      James Gilbert's medical provider

8

Timothy M. McGee, M.D. and/or
Custodian of Records
Central Texas Plastic Surgery, P.A.
7200 Wyoming Springs Road, Suite 300
Round Rock, TX 78681
(512) 244-3755

       James Gilbert's medical provider

Mark D. Bogar, M.D. and/or
Custodian of Records
Physical Medicine & Rehabilitation
1015 E. 32nd Street, Suite 411
Austin, TX 78705
(512) 478-3556

       James Gilbert's medical provider

Pharmacists, Employees, and/or
Custodian of Records
Wal Mart Pharmacy
Highway 100 & 48th
Port Isabel, TX 78578
(956) 943-1387

       James Gilbert's pharmacy

Pharmacists, Employees, and/or
Custodian of Records
Walgreens Pharmacy
710 N. Bell Blvd.
Cedar Park, TX 78613
(512) 250-0861

       James Gilbert's pharmacy

Pharmacists, Employees, and/or
Custodian of Records
HEB Pharmacy
13776 Highway 183 North, Suite 100
Austin, TX 78750
(512) 335-8821

       James Gilbert's pharmacy

Pharmacists, Employees, and/or
Custodian of Records
Albertsons Pharmacy
850 N. Bell Blvd.
Cedar Park, TX  78613
(512) 335-2276

     James Gilbert's pharmacy

Dina Parks
Williamson County & Cities Health District
211 Commerce Cove
Round Rock, TX  78664
(512) 248-3252

     Providing assistance with Mr. Gilbert's medical bills.

Roy Dale
Attorney at Law
6301 N. 10th Street
Dale & Klein
McAllen, Texas 78504

     Has worked with Mr. Jaross and is familiar with his business practices.

David Heeter
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, N.C. 27602-0629

     Familiar with Mr. Jaross's business practices.

Respectfully submitted:


SCOTT WEBRE
State Bar Number 21050070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, LA 70501
(337) 593-4178
(337) 593-4159 (FAX)

LAW OFFICES OF FRANK COSTILLA, L.P.
FRANK COSTILLA
ALEJANDRO "HONDO" GARCIA
5 East Elizabeth Street
Brownsville, TX 78520
(956) 541-4982
(956) 544-3152 (FAX)

RYAN KREBS, M.D., J.D.
State Bar Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (FAX)


RYAN KREBS
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the

foregoing document was served on counsel for all parties that have appeared, as

indicated below, on this _____5TH_____ day of October, 2004:

Luis R. Hernandez                    **Via CMRRR**
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78521

12