UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

JAMES DAVID GILBERT                *
                                   *
                                   *
                                   * CIVIL ACTION NO. B04-CV-047
VERSUS                             *
                                   *
                                   * JUDGE HILDA G. TAGLE
RIG VENTURES, INC. et al

PLAINTIFF'S REPLY TO DEFENDANT RICHARD JAROSS'S REPLY TO PLAINTIFF'S RESPONSE AND MEMORANDUM IN OPPOSITION TO RICHARD JAROSS's MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW JAMES DAVID GILBERT, hereinafter sometimes referred to as "Plaintiff," and files this, his Plaintiff's Reply to Richard Jaross's Reply to Plaintiff's Response and Memorandum in Opposition to Defendant Richard Jaross's Motion for Summary Judgment, and in support hereof, would respectfully show:

1.  Defendant complains Plaintiff has "threatened Defendant's counsel with sanctions" and that such "constitutes a continuation of an ongoing professional and personal attack" against counsel for defendant. It is true the undersigned has informed counsel for defendant that several of defendants' motions were not grounded in fact or law, and requested modification or withdrawal of the baseless motions in order to save Court and counsel time in addressing groundless motions. Plaintiff further advised opposing counsel that plaintiff would seek sanctions if defendants' counsel failed to modify or withdraw certain motions perceived as baseless. Such action does not constitute a personal or professional attack, but simply advises

opposing counsel of the potential consequence of their actions. Plaintiff maintains it is more appropriate in the interest of judicial economy to address this type of concern directly with opposing counsel before seeking sanctions by the Court. Indeed, that is precisely what FRCP 11(c) contemplates, with which Plaintiff failed to comply notwithstanding the above-described efforts by correspondence to resolve the issue without Court intervention. Because Plaintiff failed to comply with FRCP 11(c), Plaintiff withdraws his motion for sanctions at this time, reserving the right to re-file such motion in compliance with FRCP 11.

2. Defendant states, "The motion fails to even address the basis of this Defendant's motion which deals with the limited action of removal of certain equipment..." The evidence is overwhelming that the relationship between Rig Ventures, Inc. and Richard Jaross was not for a "limited action," but was of a much more comprehensive nature. (See, Plaintiff's Response to Richard Jaross' Motion for Summary Judgment, Sec. IV (2). Defendant's contention that the operation during which Plaintiff was injured is divisible from the larger operation of the salvage of the vessel is not a realistic distinction, and neither is there any authority recognizing such an unrealistic distinction.

3. Defendant states, "Plaintiff's counsel has also refused to recognize that Plaintiff was not an employee of Rig Ventures, Inc. until counsel plead damages under the Longshore Harbor Worker's Compensation Act which caused both Phil Wells and Plaintiff James Gilbert to become employees of Rig Ventures as a matter of law." Defendant's complaint is a completely illogical and nonsensical statement. Plaintiff does not have power to establish an employment relationship as a matter of law by alleging the application of the LHWCA. Whether Rig Ventures, Inc. employed James Gilbert and Phil Wells can only be determined by a trier of fact

*Gilbert vs. Rig Ventures, Inc. et al.*
Plaintiff's Reply to Richard Jaross' Reply
Page 2

Date:   October 18, 2004					Respectfully submitted,


							Scott Webre
							Attorney-in-Charge
							Texas State Bar Number 21050070
							Southern District Number 20150070
							556 Jefferson Street
							Jefferson Towers, Suite 200
							Lafayette, Louisiana 70501
							(337) 593-4178
							(337) 593-4159 (fax)

							Frank Costilla
							Texas State Bar Number 04856500
							Southern District Number 04856500
							The Law Office of Frank Costilla
							5 East Elizabeth Street
							Brownsville, Texas 78520
							(956) 541-4982
							(956) 544-3152 (fax)

							Ryan Krebs, M.D., J.D.
							Texas State Bar Number 00792088
							Southern District Number 00792088
							6601 Vaught Ranch Road, Suite 100
							Austin, Texas 78730
							(512) 478-2072
							(512) 494-0420 (fax)


						By: _Scott Webre_ w/perm
							SCOTT WEBRE           /by QJS

							ATTORNEYS FOR PLAINTIFF


### CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing document was served on counsel for all parties that have appeared, as indicated below, on this _18th_ day of October, 2004:


*Gilbert vs. Rig Ventures, Inc. et al.*
Plaintiff's Reply to Richard Jaross' Reply
Page 4

Mr. Tom Fleming   *Via CMRRR*
Mr. Luis R. Hernandez
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX  78521

*[signature]*
Alejandro Garcia
Law Office of Frank Costilla

*Gilbert vs. Rig Ventures, Inc. et al.*
Plaintiff's Reply to Richard Jaross' Reply
Page 5