IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **JAMES DAVID GILBERT** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action B-04-047 |
| | § | |
| | § | |
| **RIG VENTURES INC.; EMILIO SANCHEZ;** | § | |
| **PHIL WELLS; RICHARD JAROSS; AND** | § | |
| **MODU "OCEAN 66"** | § | |
| | § | |
| Defendants. | § | |

BE IT REMEMBERED that on October /8, 2004, the Court considered Defendants' Unopposed Motion for Substitution of Counsel [Dkt. No. 45]. As a basis of the Motions, the Defendants and their present Counsel of record, Tom Fleming of Fleming & Hernandez, P.C., cite a conflict that materially impairs the ability of Tom Fleming to represent the Defendants. The Defendants request that the Honorable Rolando Olvera of Spain & Olvera, be permitted to replace Tom Fleming as counsel of record.

The Court, on condition that the substitution does not become a basis of delay in this case, hereby **GRANTS** the motion.

DONE at Brownsville, Texas, this /8 day of October, 2004.

Hilda G. Tagle
United States District Judge