# SCOTT D. WEBRE

### ATTORNEY AT LAW

556 JEFFERSON STREET
JEFFERSON TOWERS, SUITE 200
LAFAYETTE, LOUISIANA 70501
(337) 593-4178   (337) 593-4159 FAX

*Licensed in Louisiana and Texas*

United States District Court
Southern District of Texas
FILED

OCT 2 5 2004

Michael N. Milby, Clerk of Court

October 19, 2004

The Honorable Michael Milby
United States District Clerk
Southern District of Texas
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

    Re:    *James Gilbert vs. Rig Ventures, Inc., et al*; Cause No. B04-CV-047; in the United
           States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Milby:

    Please note my physical address has changed.  My current address is indicated above.
Please make a note of my new address.  Thank you very much.

                        Best regards,

                        Scott Webre

SW/ans

cc:    Rolondo Olvera        *Via fax*