United States District Court
Southern District of Texas
FILED

OCT 29 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC.; EMILIO | § | |
| SANCHEZ; RICHARD JAROSS; and, | § | |
| MODU "OCEAN 66" | § | |

## DEFENDANTS' EXPERT DISCLOSURES

TO:   PLAINTIFF, JAMES DAVID GILBERT, by and through his attorney of record:

   Scott D. Webre
   ATTORNEY AT LAW
   556 Jefferson Street
   Jefferson Towers, Suite 200
   Lafayette, Louisiana 70501

   NOW COME, Defendants, Rig Ventures, Inc., Emilio Sanchez, Richard Jaross, and

MODU "Ocean 66" and makes this expert disclosure as required by Federal Rule of Civil

Procedure 26(a)(2).

### A. Identity of Experts

   The following persons may be used at trial to present evidence under Federal Rule
of Evidence 702, 703, or 705;

a.   Norma Garza
   174 Robins Lane
   Brownsville, Texas 78520
   (956) 793-8668

1.  Richard Cortez, CPA
    BURTON, MCCUMBER & CORTEZ, LLP
    200 S. 10th Street
    McAllen, Texas 78501
    (956) 618-2300

### B. Information from Retained or Specially Employed Experts

2. The following persons whom Defendants have retained or specifically employed to provide expert testimony:

a.  Norma Garza
    174 Robins Lane
    Brownsville, Texas 78520
    (956) 793-8668

    Mrs. Garza is the CPA for Rig Ventures, Inc. This expert witness is expected to testify regarding corporate and employment issues vis-a-vis Rig Ventures, Inc., among others, and regarding financial issues vis-a-vis operations aboard MODU "OCEAN 66". This person may also present expert testimony on these matters and other areas within her expertise.

b.  Richard Cortez, CPA
    BURTON, MCCUMBER & CORTEZ, LLP
    200 S. 10th Street
    McAllen, Texas 78501
    (956) 618-2300

    Mr. Cortez is a CPA, and an expert in corporate accounting. This expert witness is expected to testify as to the corporate structure of Rig Ventures, Inc., and refute any and all theories related to allegations of "piercing the corporate veil", corporate "alter ego", corporate fraud, and/or corporate fraudulent conveyances. This person may also present expert testimony on these matters and other areas within his expertise.

Respectfully submitted,

Spain & Olvera
103 East Price Road, Suite A
Brownsville, Texas 78521
(956) 547-9991 Telephone
(956) 547-9997 Facsimile

By: _____
Rolando Olvera
State Bar No. 15278676
Federal ID. No. 14673
ATTORNEY-IN-CHARGE
FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2004, a true and correct copy of the foregoing was forwarded to all counsel of record, to wit:

| | |
|---|---|
| Mr. Scott D. Webre<br>556 Jefferson Street<br>Jefferson Towers, Suite 200<br>Lafayette, Louisiana 70501 | VIA CERTIFIED MAIL<br>RETURN RECEIPT<br>REQUESTED NO.<br>70022030000361049047 |
| Mr. Ryan Krebs, M.D., J.D.<br>6601 Vaught Ranch Road, Suite 100<br>Austin, Texas 78730 | VIA REGULAR MAIL |
| Mr. Frank Costilla<br>THE LAW OFFICES OF FRANK COSTILLA, L.P.<br>5 East Elizabeth Street<br>Brownsville, Texas 78520 | VIA REGULAR MAIL |

_____
ROLANDO OLVERA