United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES DAVID GILBERT | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-047 |
| RIG VENTURES, INC.; EMILIO SANCHEZ; RICHARD JAROSS; and, MODU AOCEAN 66" | § § § § | |

## NOTICE OF BANKRUPTCY CASE FILING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, RIG VENTURES, INC., a Defendant in the above-referenced cause of action, and files the following Notice of Bankruptcy Case Filing, and would respectfully show unto the Court as follows:

I.

Effective November 11, 2004, Defendant Rig Ventures, Inc. filed for bankruptcy under Chapter 11 of the Bankruptcy Code. Attached hereto as "Exhibit A" and incorporated by reference as if set forth herein is the official notice of said filing with the United States Bankruptcy Court for the Southern District of Texas.

II.

Pursuant to said filing, an automatic stay is now in effect with respect to this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Rig Ventures, Inc. respectfully requests this court take judicial notice of the bankruptcy and the resulting automatic stay.

Respectfully submitted,

Spain & Olvera
103 East Price Road, Suite A
Brownsville, Texas 78521
(956) 547-9991 Telephone
(956) 547-9997 Facsimile

By: _____
Rolando Olvera
State Bar No. 15278676
Federal ID No. 14673
ATTORNEY FOR DEFENDANTS RIG VENTURES, INC., EMILIO SANCHEZ and RICHARD JAROSS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _12_ day of November, 2004, a true and correct copy of Notice of Bankruptcy Case Filing was forwarded via regular mail to all counsel of record, to wit:

| | |
|---|---|
| Mr. Scott D. Webre<br>556 Jefferson Street<br>Jefferson Towers, Suite 200<br>Lafayette, Louisiana 70501 | Via Regular Mail |
| Mr. Ryan Krebs, M.D., J.D.<br>6601 Vaught Ranch Road, Suite 100<br>Austin, Texas 78730 | Via Regular Mail |
| Mr. Frank Costilla<br>THE LAW OFFICES OF FRANK COSTILLA, L.P.<br>5 East Elizabeth Street<br>Brownsville, Texas, 78520 | Via Regular Mail |

_____
ROLANDO OLVERA

NOTICE OF BANKRUPTCY CASE FILING
PAGE 2