# EXHIBIT A

# Open New Bankruptcy Case

## U.S. Bankruptcy Court

### Southern District of Texas

<u>Notice of Bankruptcy Case Filing</u>

The following transaction was received from Stephen, John Kurt entered on 11/11/2004 at 5:00 PM CST and filed on 11/11/2004
Case Name:       Rig Ventures, Inc.
Case Number:    04-71067
Document Number: 1

Docket Text:
Chapter 11 Voluntary Petition. Receipt Number 0, Fee Amount $839. Filed by Rig Ventures, Inc. (Attachments: # (1) Verification of Creditor Matrix) (Stephen, John)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Program Files\TopForm\E-Filing\OUT\Rig_Ventures,_Inc\Rig_V000.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=996787432 [Date=11/11/2004] [FileNumber=7483810-0
] [54242bf0ae224999a21faeb368a143612ac058795aa957d8fca561d82a60743d0e0
e4255fe9918931081339feb5d61d3dceacd04154056aaa559b161dfb4b53e]]
Document description: Verification of Creditor Matrix
Original filename:C:\Documents and Settings\Administrator\My Documents\Verification of Creditor Matrix(Rig Ventures Inc.).pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=996787432 [Date=11/11/2004] [FileNumber=7483810-1
] [adcb599a2bca72d83fcbc1981d5d7c310bb35d2a6957302f5ebed8b802cf913dae9
c593134a4d8d11531e496b83f647c3424a7173fc055640b704b6ff3e18e9a]]

**04-71067 Notice will be electronically mailed to:**

John Kurt Stephen   kurt@hiline.net, cwsatt@swbell.net;vicstep@swbell.net;vane03@swbell.net

**04-71067 Notice will not be electronically mailed to:**