UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES DAVID GILBERT | * | |
| | * | |
| | * | |
| | * | CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * | |
| | * | |
| | * | JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC.; et al | * | |

## PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES

To:   All defendants,
      Through their attorneys of record:
      Rolanda Olvera
      Spain & Olvera
      103 East Price Road, Suite A
      Brownsville, Texas 78521

Plaintiff, James Gilbert, makes these supplemental disclosures as required by Federal Rule of Civil Procedure 26(e).

Plaintiff is supplementing his answers under Federal Rules of Civil Procedure 26(a)(1)(A) as follows:

Jim Wallace
2400 Versailles Drive
Cedar Park, Texas 78613
(512) 219-7505
    Employer of Jamie Gilbert

Todd (Nick) Lloyd
210 D Bilbrook Drive
Bastrop, TX 78602
(512) 825-6618
    Employer of Jamie Gilbert

Plaintiff is supplementing his answers under Federal Rules of Civil Procedure 26(a)(1)(B) as follows:

### B. Relevant Documents & Tangible Things

The following is a list of documents, data compilations, and tangible things in Plaintiff's possession, custody, or control, described by category and location, that are relevant to disputed facts alleged with particularity in the pleadings and/or that Plaintiff may use to support his claims or defenses:

a.  Plaintiff has attached a supplemental report of Dr. Alex Willingham regarding the reasonableness and necessity of medical services rendered to Plaintiff.

Respectfully submitted:

SCOTT WEBRE
State Bar Number 21050070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, LA 70501
(337) 593-4178
(337) 593-4159 (FAX)

LAW OFFICES OF FRANK COSTILLA, L.P.
FRANK COSTILLA
ALEJANDRO "HONDO" GARCIA
5 East Elizabeth Street
Brownsville, TX 78520
(956) 541-4982
(956) 544-3152 (FAX)

RYAN KREBS, M.D., J.D.
State Bar Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (FAX)

RYAN KREBS
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was served on counsel for all parties that have appeared, as indicated below, on this 12th day of November, 2004:

Rolanda Olvera                    **CMRRR**
Spain & Olvera
103 East Price Road, Suite A
Brownsville, Texas 78521