

Alex C. Willingham, M.D., FAAPMR - President
Dan M. Bagwell, BSN, RN, CLCP, CCM, CDMS - CEO

Rehabilitation Professional Consultants Inc.

8122 Datapoint Dr. #250
San Antonio, Texas 78229
Voice (210) 615-7772
Fax (210) 615-7728

September 14, 2004

Ryan Krebs
6601 Vaught Ranch Road, Suite 100
Austin, TX 78730

*RE: Review of Past Billing Records for James 'Jamie' Gilbert*

Dear Mr. Krebs,

My name is Alex Clark Willingham. I am a physician licensed to practice medicine in the state of Texas. I have been practicing medicine in Texas for 17 years in the specialty area of physical medicine & rehabilitation for which I am board certified. I serve as the medical director of Warm Springs Rehabilitation Hospital in San Antonio, Texas, and I perform clinical services through my professional practice with South Texas PM&R Group, also in San Antonio. Additionally, I serve as clinical assistant professor in the Department of Physical Medicine and Rehabilitation at the University of Texas Health Science Center, San Antonio, and as a surveyor of rehabilitation facilities throughout the United States for the Commission for Accreditation of Rehabilitation Facilities (CARF). I am also president of Rehabilitation Professional Consultants, Inc.

By virtue of my professional background, training, experience, and access to extensive health care cost data, I am familiar with the type of medical services rendered for Jamie Gilbert, as well as, the usual and customary costs of care for medical, surgical, nursing, pharmacologic, and rehabilitation of patients with traumatic orthopedic injuries.

In addition to the medical and billing records for services rendered to Jamie Gilbert that I had the opportunity to review and provide an opinion as to the necessity and usual and customary cost in my August 4, 2004 letter, I have reviewed medical and billing records you provided from Dr. Richard Harris. The total is in addition to the cost total previously compiled in the August 4, 2004 letter. The total fees from Dr. Harris in the amount of **$2010.00** appear to be consistent with usual and customary fees for the services performed and these services were medically necessary for the injuries Mr. Gilbert suffered on 12/30/01. The total of the billing records submitted for review, which now include Dr. Harris' fees for services rendered, is **$167,817.54.**

My opinions in this matter are based upon my review of the medical and billing records provided. I respectfully request the opportunity to supplement this report should additional information become available for review.

Sincerely,

*[signature]*

Alex Willingham, MD, FAAPMR