IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES DAVID GILBERT § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action B-04-047 |
| § | |
| § | |
| RIG VENTURES INC.; EMILIO SANCHEZ; § | |
| PHIL WELLS; RICHARD JAROSS; AND § | |
| MODU "OCEAN 66" § | |
| § | |
| Defendants. § | |

BE IT REMEMBERED that on November 29th, 2004, the Court having received a Notice Of Bankruptcy Case Filing [Dkt. No. 52], this case is held in abeyance pursuant to the automatic stay provision in 11 U.S.C. §362. Accordingly, all pending motions in the above styled case are hereby **MOOTED** until such time as the parties either file a motion to reconsider, notify the Court that the stay has been lifted, or brief the Court on why the stay is no longer applicable.

DONE at Brownsville, Texas, this 29th day of November, 2004.

Hilda G. Tagle
United States District Judge

1