# SCOTT D. WEBRE
ATTORNEY AT LAW

556 JEFFERSON STREET
JEFFERSON TOWERS, SUITE 200
LAFAYETTE, LOUISIANA 70501
(337) 593-4178   (337) 593-4159 FAX

*Licensed in Louisiana and Texas*

United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

August 23, 2005

The Honorable Hilda Tagle
United States District Judge
Southern District of Texas
Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

      Re:   *James Gilbert vs. Rig Ventures, Inc., et al*; Cause No. B04-CV-047; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Tagle:

    I am writing to advise Your Honor that Plaintiff, James Gilbert, died August 13, 2005. Please recall this matter is stayed pursuant to the bankruptcy filing of defendant, Rig Ventures, Inc. in the Southern District of Texas.

    Please also be advised Plaintiff and Defendants have settled this matter and that the Bankruptcy court has approved the settlement. We will present any necessary orders by the Probate Court and/or Bankruptcy Court to Your Honor when those are available.

    Given the stay, I am not requesting any formal action at this time. I am simply providing Your Honor an update on what has been happening. Please do not hesitate to contact my office for any reason. Thank you.

Respectfully,

Scott Webre

SW/saw
cc:  *via fax*
      Rolondo Olvera    (via fax)
      Kurt Stevens    (via fax)
      Ryan Krebs    (via fax)
      Frank Costilla    (via fax)