**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 1 7 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JAMES DAVID GILBERT** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-04-047** |
| | § | |
| **RIG VENTURES, INC.; EMILIO** | § | |
| **SANCHEZ; RICHARD JAROSS; and,** | § | |
| **MODU AOCEAN 66"** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Please take notice that H. Daniel Spain is hereby entering his appearance of record as attorney for Defendants RIG VENTURES, INC., EMILIO SANCHEZ, RICHARD JAROSS, and MODU AOCEAN 66.

Respectfully submitted,

Spain & De Los Santos
103 E. Price Road, Suite A
Brownsville, Texas 78521
(956) 547-9991 Telephone
(956) 547-9997 Facsimile

By: _____

H. Daniel Spain
State Bar No. 18869700
ATTORNEY FOR DEFENDANTS RIG
VENTURES, INC., EMILIO SANCHEZ,
RICHARD JAROSS, and MODU AOCEAN 66

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the _14th_ day of October, 2005, a true and correct copy of the foregoing instrument was forwarded to all counsel of record to wit:

Mr. Scott Webre                                    **VIA REGULAR MAIL**
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501

Mr. Frank Costilla                                 **VIA REGULAR MAIL**
Law Office of Frank Costilla, LP
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Ryan Krebs                                     **VIA REGULAR MAIL**
Attorney at Law
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730

H. DANIEL SPAIN