# SCOTT WEBRE

A PROFESSIONAL LAW CORPORATION

556 JEFFERSON STREET
JEFFERSON TOWERS, SUITE 500
LAFAYETTE, LOUISIANA 70501
(337) 593-4178   (337) 593-4159 FAX

*Licensed in Louisiana and Texas*

United States District Court
Southern District of Texas
FILED

DEC 2 8 2005

Michael N. Milby
Clerk of Court

December 19, 2005

The Honorable Hilda Tagle
United States District Judge
Southern District of Texas
Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

Re:   *James Gilbert vs. Rig Ventures, Inc., et al*; Cause No. B04-CV-047; in the United
States District Court, Southern District of Texas, Brownsville Division

Dear Judge Tagle:

Please find enclosed Application for Letters of Dependent Administration and Declaration of Heirship recently filed in the Travis County Probate Court in order to administer the estate of James Gilbert, deceased. Your Honor may recall that Mr. Gilbert died August 13, 2005 after the subject tort suit was settled.

Please recall this matter is stayed pursuant to the bankruptcy filing of defendant, Rig Ventures, Inc. in the Southern District of Texas. I am providing the attached simply for your information. I will send Your Honor copies of any orders entered in the probate proceeding.

Please note my address has changed. My current address and phone numbers are reflected on this letterhead.

Please do not hesitate to contact my office for any reason. Thank you.

Respectfully,

Scott Webre

SW/saw
Enclosure

cc:   Eddy De Los Santos   (via fax)
      Kurt Stevens         (via fax)
      Ryan Krebs           (via fax)
      Frank Costilla       (via fax)