NO. 87997

| | | |
|---|---|---|
| IN RE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| JAMES DAVID GILBERT, | § | NUMBER ONE |
| | § | |
| DECEASED | § | TRAVIS COUNTY, TEXAS |

### APPLICATION FOR LETTERS OF DEPENDENT ADMINISTRATION AND DECLARATION OF HEIRSHIP

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes PATRICIA HIBLER, Applicant, making this Application for Letters of Dependent Administration of the Estate of JAMES DAVID GILBERT, Deceased, and for Declaration of Heirship, and would show as follows:

I.

Applicant is interested in this Estate and is an individual domiciled and residing at 401 Heights Blvd., Houston, Harris County, Texas.

II.

Applicant is entitled to Letters of Administration and is not disqualified by law to act as Administrator. Applicant is the cousin of Decedent. RICHARD ARTHUR GILBERT, who is believed to be the brother of Decedent, would have a higher claim of priority to be appointed Dependent Administrator, but Applicant believes that RICHARD ARTHUR GILBERT is disqualified due to a felony conviction.

III.

Decedent died intestate on August 13, 2005, in Austin, Williamson County, Texas, at the age of 47 years.

IV.

This Court has jurisdiction and venue because Decedent was domiciled and had a fixed place of residence in this county at the time of death, or, alternatively, if it determined that Decedent did not have a domicile and fixed place of residency in Travis County at the time of his death, then applicant asserts that Decedent did not have a fixed place of residence at the time of his death, and that Travis County, Texas, is the location of the principal portion of his estate due to settlement funds payable for the benefit of Decedent, pursuant to a personal injury settlement, to the Trustee, RYAN KREBS, in Travis County, Texas.

V.

Decedent owned personal property generally described as personal injury claim, clothing and miscellaneous personal effects, having a probable value of $500,000.00.

VI.

The name, age, marital status, address and relationship of the sole heir to the Decedent is as follows:

RICHARD ARTHUR GILBERT, 49, Single, TDC #411570 Hughes Unit, Route 2, Box 4400, Gatesville, Texas 76597, Brother.

VII.

As far as is known by Applicant at the time of the filing of this Application, no children were ever born to or adopted by Decedent. Both parents of Decedent pre-deceased Decedent. Only one child was born to or adopted by the parents of Decedent, other than Decedent, such being Richard Arthur Gilbert, the brother of Decedent, who survived the Decedent. The Decedent was

2

never married.

VIII.

Decedent was never divorced.

IX.

A necessity exists for administration of the Estate in order to collect on the personal injury settlement obtained for the benefit of Decedent prior to his death, and to handle the management and distribution of those funds, together with the other assets of the estate. No necessity exists for the appointment of appraisers.

X.

In the event Richard Arthur Gilbert does not sign a waiver of citation, he may be served with process herein at TDC #411570, Hughes Unit, Route 2, Box 440, Gatesville, Texas 76597.

XI.

The parties listed in Paragraph VI above have the following interest in the Estate.

| Heir | Interest |
| --- | --- |
| RICHARD ARTHUR GILBERT | 100% of estate |

WHEREFORE, Applicant requests that citation be issued to all persons interested in this Estate as required by law, that Letters of Dependent Administration be issued to Applicant, that an attorney ad litem be appointed as necessary, that the Court determine and declare who are the heirs and only heirs of the Decedent and their respective shares and interest in the Estate of Decedent, together with such other and further relief as to which Applicant may be justly entitled.

Respectfully submitted,
LAW OFFICE OF ROBERT E. BLACK
1145 W. 5th Street, Ste. 201
Austin, Texas 78703
AttorneyREB@aol.com
(512) 477-1964
(512) 477-8217 FAX

By: *[signature]*
ROBERT E. BLACK
State Bar No. 02384750
ATTORNEY FOR APPLICANT

4

## AFFIDAVIT

STATE OF TEXAS       §
                     §
COUNTY OF HARRIS     §

Before me, the undersigned authority, personally appeared PATRICIA HIBLER, who, being by me duly sworn on oath deposed and said that Affiant has read the above and foregoing and that, in so far as is known to Affiant, all of the allegations are true in substance and in fact and that no material fact or circumstance, has, within Affiant's knowledge, been omitted from the Application.

_____
PATRICIA HIBLER

Subscribed and sworn to before me on this the 6 day of December, 2005, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC

SUE PEARSON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 3, 2008

5