United States District Court
Southern District of Texas
FILED

FEB 23 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES GILBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-047 |
| | § | |
| RIG VENTURES, INC., et al | § | |
| | § | |

## DEFENDANTS' UNOPPOSED MOTION

## FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, DEFENDANTS, RIG VENTURES, INC., EMILIO SANCHEZ, RICHARD JAROSS, AND MODU "OCEAN 66" (hereinafter collectively referred to as Defendants), would respectfully show the Court as follows:

Defendant, requests that Jana Smith Whitworth of The Law Office of Jana Smith Whitworth, 1002 E. Taylor Street, Brownsville, Texas 78520, (956) 504-2260 be allowed to substitute as their attorney of record in the place of H. Daniel Spain, Spain & De Los Santos, 103 E. Price Road, Suite A, Brownsville, Texas 78521, (956) 547-9991, facsimile: (956) 547-9997, in the above-styled and numbered cause of action.

WHEREFORE, PREMISES CONSIDERED, Defendants move the Court to allow Jana Smith Whitworth to be substituted as their attorney of record in the place of H. Daniel Spain.

Respectfully submitted,

BY: _____     BY: _____
H. Daniel Spain) with permiss.    Jana Smith Whitworth
Spain & De Los Santos              Law Office of Jana Smith Whitworth
Federal ID. No. 3184               Federal ID. No.
103 E. Price Road, Suite A         1002 E. Taylor Street
Brownsville, Texas 78521           Brownsville, Texas 78520
(956) 547-9991                     (956) 504-2260
(956) 547-9997 (fax)               (956) 504-5988 (fax)

**ATTORNEYS FOR
DEFENDANT RIG VENTURES, INC.,
EMILIO SANCHEZ, RICHARD JAROSS,
AND MODU "OCEAN 66"**

## LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE

Movant has conferred with Plaintiff's counsel of record, and this motion is unopposed.

_____
Jana Smith Whitworth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested to counsel for Plaintiff, and all other known counsel of record have been notified of this filing via regular mail on this the 23rd day of February, 2006.

Mr. Scott D. Webre
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501

Mr. Ryan Krebs, M.D., J.D.
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730

Mr. Frank Costilla
The Law Offices of Frank Costilla, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Jana Smith Whitworth