## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

JAMES GILBERT        §
§
VS.                 §     CIVIL ACTION NO. B-04-047
§
RIG VENTURES, INC., et al    §
§
§

### ORDER GRANTING DEFENDANTS'
### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

On this day the Court granted DEFENDANTS, RIG VENTURES, INC., EMILIO SANCHEZ, RICHARD JAROSS, AND MODU "OCEAN 66" (hereinafter collectively referred to as Defendants) Motion for Substitution of Counsel in the above-entitled and numbered cause.

It is hereby GRANTED, ADJUDGED AND DECREED that H. Daniel Spain, Spain & De Los Santos, 103 E. Price Road, Suite A, Brownsville, Texas 78521, (956) 547-9991, facsimile: (956) 547-9997, be allowed to withdraw as attorney of record, and that Jana Smith Whitworth of The Law Office of Jana Smith Whitworth, 1002 E. Taylor Street, Brownsville, Texas 78520, (956) 504-2260, be substituted as attorney of record for all purposes in this case

Signed this the _____ day of _____, 2006.

_____
JUDGE PRESIDING