# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED

MAR 1 5 2006

Michael N. Milby, Clerk



MAR 1 5 2006

Michael N. Milby, Clerk

www.txs.uscourts.gov

H Daniel Spain
Spain & De Los Santos
103 E. Price Road
Ste. A
Houston TX 77010

---

Case: 1:04-cv-00047   Instrument: 59   (1 pages)   aty
Date: Mar 6, 2006
Control: 06032544
FAX number: 956-547-9997   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
  and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
  and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

United States Courts
Southern District of Texas
FILED

MAR 1 5 2006

Michael N. Milby, Clerk

NOT DELIVERABLE AS ADDRESSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

77010/395