United States District Court
Southern District of Texas
FILED

JUL - 5 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA HIBLER, INDEPENDENT | * | |
| ADMINISTRATOR OF THE ESTATE OF | * | |
| JAMES DAVID GILBERT | * | |
| | * | |
| | * | CIVIL ACTION NO. B04-CV-047 |
| VERSUS | * | |
| | * | |
| | * | JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC. et al | * | |

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE HILDA G. TAGLE:

Comes now, Patricia Hibler, Administrator of the Estate of James David Gilbert, through undersigned counsel, and files this Plaintiff's Motion to Dismiss, with prejudice, and in support hereof would respectfully show as follows:

1.    The parties hereto have settled their disputes.

2.    A settlement agreement, promissory note, unconditional personal guarantee and related documents have been entered.   Defendants have not paid pursuant to the note.   Decedent James Gilbert's Estate has filed a breach of contract action in Travis County Probate Court.

3.    Plaintiff requests dismissal of this lawsuit, with prejudice.

Wherefore, Patricia Hibler, Independent Administrator of the Estate of James David Gilbert, requests the Court dismiss the instant action with prejudice, with all parties to bear their own costs.

Respectfully submitted,

SCOTT WEBRE
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

FRANK COSTILLA
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

RYAN KREBS, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
        SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing document was served on counsel for all parties this ___30th___ day of ___June___, 2006:

_____
SCOTT WEBRE

Gilbert vs. Rig Ventures, et al
Plaintiff's Motion to Dismiss
Page 2