UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PATRICIA HIBLER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JAMES DAVID GILBERT | * * * * |
| VERSUS | * CIVIL ACTION NO. B04-CV-047 * * |
| RIG VENTURES, INC. et al | * JUDGE HILDA G. TAGLE * |

### FINAL JUDGMENT

Came on to be heard Plaintiff's Motion to Dismiss, after considering the pleadings on file, the Court FINDS plaintiff's motion should be granted. Accordingly, plaintiff's causes of action against all defendants herein are DISMISSED, with prejudice, with each party to bear their own costs.

So ORDERED, ADJUDGED and DECREED this ____ day of June, 2006.

_____
PRESIDING JUDGE

Approved as to form:

_____
SCOTT WEBRE
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

ATTORNEYS FOR PLAINTIFF