United States District Court
Southern District of Texas
FILED

JUL - 5 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

JAMES DAVID GILBERT                          *
                                             *
                                             *
                                             *  CIVIL ACTION NO. B04-CV-047
VERSUS                                       *
                                             *
                                             *  JUDGE HILDA G. TAGLE
RIG VENTURES, INC. et al                     *


### PATRICIA HIBLER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JAMES DAVID GILBERT'S  PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES AND MOTION TO CHANGE STYLE

TO THE HONORABLE HILDA G. TAGLE:

Comes now Patricia Hibler, Administrator of the Estate of James David Gilbert, through undersigned counsel, and files this motion to substitute parties and to change style, and in support hereof would respectfully show as follows:

1.    James David Gilbert died on August 13, 2005.   (See, Certificate of Death, EXHIBIT 1).

2.    Patricia Hibler was granted Letters of Independent Administration on March 7, 2006 by the Travis County Probate Court, Number One. (See, EXHIBIT 2)

Wherefore, Patricia Hibler, Independent Administrator of the Estate of James David Gilbert, requests the Court grant the instant motion to substitute and to change style, and for such other relief to which Plaintiff may be entitled.

Respectfully submitted,


SCOTT WEBRE
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

FRANK COSTILLA
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

RYAN KREBS, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing document was served on counsel for all parties this _30th_ day of _June_ , 2006:

_____
SCOTT WEBRE


Gilbert vs. Rig Ventures, et al
Plaintiff's Motion to Substitute and Change Style
Page 2