# CITY OF AUSTIN

## STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER

- **Name of Deceased:** James David Gilbert
- **Sex:** Male
- **Date of Death:** 08/13/2005
- **Age:** 47
- **Place of Birth:** Dallas, Texas
- **Race:** Caucasian
- **Occupation:** General Worker — Commercial Fisherman
- **County:** Williamson
- **State:** Texas
- **Zip:** 78613
- **Father's Name:** Richard Albert Gilbert
- **Mother's Name:** Catherine Cheatham
- **Place of Death:** Crossland Hotel, Austin
- **County of Death:** Williamson — Austin — 12621 Rymeadow Road, Austin, TX
- **Informant:** Carol L. Long (Cousin), 2207 East Riveria St. Austin, TX 78613
- **Method of Disposition:** Cook-Walden/Capital Parks, Pflugerville, TX — 14501 N. IH-35, Pflugerville, Texas 78660
- **Funeral Director:** Robert C.W. Carroll — 08/24/2005

**Certifier:** Justice of the Peace Pct. One, Williamson County
- JP Bain Johnson, 211 Commerce Cove B-106, Round Rock, Tx 78664
- Date Signed: 08/24/2005
- Time of Death: Found 3:00 P.M.

**Cause of Death:** Pending investigation

State File No: 02-02926
AUG 31 2005
Signature of Local Registrar: Raquel Moreno

---

## AMENDMENT TO MEDICAL CERTIFICATION OF CERTIFICATE OF DEATH

**STATE OF TEXAS — STATE FILE NUMBER**

- **Name of Deceased:** James David Gilbert
- **Date of Death:** 8-13-2005
- **Place of Death:** 12621 Rymeadow Road, Austin, Texas — Travis

**Certifier:** Justice of the Peace, Pct 1
- Bain Johnson, 211 Commerce Cove, Round Rock, Tx 78664
- Date: 09/07/2005
- Time of Death: 3:00 P.M.

**Cause of Death:** Acute Methamphetamine Intoxication — Minutes

**Other Significant Conditions:** Arteriosclerotic Cardiovascular Disease

- Date of Injury: 08-13-05 Found 3:00 P.M.
- Place of Injury: Crossland Suites (Hotel), 12621 Rymeadow Drive #133, Austin, Texas
- Describe how injury occurred: Injected Illicit Drug into himself in right Antecubital Fossa.

State File No: 02-02926
OCT 13 2005
Signature of Local Registrar: Raquel Moreno

---

.6553



This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health & Safety Code.



Exhibit 1