## LETTERS OF INDEPENDENT ADMINISTRATION

| | |
|---|---|
| ESTATE OF<br>  JAMES DAVID GILBERT<br><br>DECEASED | *  CAUSE NUMBER ___83997___<br>*  IN PROBATE COURT<br>*  NUMBER ONE<br>*  TRAVIS COUNTY, TEXAS |

THE STATE OF TEXAS    *

COUNTY OF TRAVIS    *

    I, the undersigned Clerk of the Probate Court Number One of Travis County, Texas, do hereby certify that on the __7th day of MARCH, 2006__, __PATRICIA HIBLER__ was duly granted by said Court, LETTERS OF INDEPENDENT ADMINISTRATION upon the Estate of __JAMES DAVID GILBERT__, Deceased, and that __SHE__ qualified as __INDEPENDENT ADMINISTRATOR WITHOUT BOND__ of said Estate on the __7th day of MARCH, 2006__, as the law requires, and said Appointment is still in full force and effect.

    Given under my hand and seal of office at Austin, Texas, on this __7th day of March, 2006__.

DANA DEBEAUVOIR
County Clerk, Travis County, Texas
P.O. Box 1748, Austin, Texas 78767
By Deputy: _RoxAnne Torrez_

ORIGINAL COPY             83997-005

Exhibit 2

