UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| PATRICIA HIBLER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JAMES DAVID GILBERT | *<br>*<br>*<br>* |
| VERSUS | * CIVIL ACTION NO. B04-CV-047<br>*<br>*<br>* JUDGE HILDA G. TAGLE |
| RIG VENTURES, INC. et al | * |

## ORDER

Came on to be heard Patricia Hibler, Independent Administrator of the Estate of James David Gilbert's Motion to Substitute Parties, and after considering the pleadings on file, the Court FINDS such motion should be and hereby is GRANTED, thus Patricia Hibler, Independent Administrator of the Estate of James David Gilbert shall be substituted as plaintiff in place of James Gilbert, and "Patricia Hibler, Independent Administrator of the Estate of James David Gilbert" shall be designated as plaintiff, as reflected above, in all pleadings, orders, and other court filings herein.

So ORDERED, ADJUDGED and DECREED this ____ day of _____, 2006.

_____
PRESIDING JUDGE

Approved as to form:

_____
SCOTT WEBRE
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 500
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)
ATTORNEYS FOR PLAINTIFF