IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA HIBLER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JAMES DAVID GILBERT | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action B-04-047 |
| RIG VENTURES INC.; EMILIO SANCHEZ; PHIL WELLS; RICHARD JAROSS; AND MODU "OCEAN 66" | § § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 7, 2006, the Court **GRANTED** Plaintiff's Motion to Dismiss. Dkt. No. 61.

The Court finds that the parties have settled the dispute that gave rise to this action. *Id.* at 1. Plaintiff now moves for "dismissal of this lawsuit, with prejudice." *Id.*; FED. R. CIV. P. 41(a)(2). Therefore, the Court **DISMISSES** this case, with prejudice, and **ORDERS** that all parties are to bear their own costs.

DONE at Brownsville, Texas, this 7th day of July, 2006.

Hilda G. Tagle
United States District Judge