IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PATRICIA HIBLER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JAMES DAVID GILBERT | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action B-04-047 |
| RIG VENTURES INC.; EMILIO SANCHEZ; PHIL WELLS; RICHARD JAROSS; AND MODU "OCEAN 66" | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 7, 2006, the Court **GRANTED** Patricia Hibler, Independent Administrator of the Estate of James David Gilbert's Plaintiff's Motion to Substitute Parties and Motion to Change Style. Dkt. No. 62.

Therefore, Patricia Hibler, Independent Administrator of the Estate of James David Gilbert shall be substituted as Plaintiff in place of James David Gilbert, and the style shall reflect this change.

DONE at Brownsville, Texas, this 7th day of July, 2006.

Hilda G. Tagle
United States District Judge