UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 0 2006
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAMES DAVID GILBERT | * * * |
| VERSUS . | * CIVIL ACTION NO. B04-CV-047 * * |
| RIG VENTURES, INC. et al | * JUDGE HILDA G. TAGLE * |

## CERTIFICATE OF CONFERENCE

This shall certify undersigned counsel have conferred with Jana Smith Whitworth, counsel for Defendants, regarding Patricia Hibler, Independent Administrator of the Estate of James David Gilbert's Motion to Substitute Parties and Plaintiff's Motion to Dismiss, With Prejudice. Jana Smith Whitworth has indicated she has no opposition to either motion.

Respectfully submitted,

SCOTT WEBRE
Attorney-in-Charge
Texas State Bar Number 21050070
Southern District Number 20150070
556 Jefferson Street
Jefferson Towers, Suite 200
Lafayette, Louisiana 70501
(337) 593-4178
(337) 593-4159 (fax)

FRANK COSTILLA
Texas State Bar Number 04856500
Southern District Number 04856500
The Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

RYAN KREBS, M.D., J.D.
Texas State Bar Number 00792088
Southern District Number 00792088
6601 Vaught Ranch Road, Suite 100
Austin, Texas 78730
(512) 478-2072
(512) 494-0420 (fax)

By: _____
SCOTT WEBRE

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing document was served on counsel for all parties this 6th day of July, 2006.

_____
SCOTT WEBRE

Gilbert vs. Rig Ventures, et al
Certificate of Conference
Page 2